**KELLER ROHRBACK L.L.P.**
Benjamin Gould (Bar No. 250630)
  bgould@kellerrohrback.com
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
Telephone: +1.206.623.1900

**BUTTERICK LAW PC**
Matthew Butterick (Bar No. 250953)
  mb@butericklaw.com
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: +1.323. 968.2632

*Attorneys for Plaintiffs*

*Additional Counsel on Signature Page*

**LATHAM & WATKINS LLP**
Andrew M. Gass (Bar No. 259694)
  andrew.gass@lw.com
Joseph R. Wetzel (Bar No. 238008)
  joe.wetzel@lw.com
Melanie M. Blunschi (Bar No. 234264)
  melanie.blunschi@lw.com
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Elana Nightingale Dawson (*Pro hac vice motion forthcoming*)
  elana.nightingaledawson@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| GRADY HENDRIX & JENNIFER ROBERSON,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No.  4:25-cv-07558-YGR<br><br>**JOINT STIPULATION TO EXTEND DEFENDANT APPLE INC.'S TIME TO RESPOND TO COMPLAINT**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers<br><br>Complaint Filed: September 5, 2025 |

1       Pursuant to Civil Local Rule 6-1(a), Plaintiffs Grady Hendrix and Jennifer Roberson (together "Plaintiffs") and Defendant Apple Inc. ("Apple") (collectively, the "Parties"), through their undersigned counsel, hereby stipulate and declare as follows:

      WHEREAS, Plaintiffs filed their complaint (the "Complaint") on September 5, 2025 (ECF 1);

      WHEREAS, Apple was served in this matter on or about September 10, 2025 (ECF 10);

      WHEREAS, Apple currently has until October 1, 2025 to answer or otherwise respond to the Complaint;

      WHEREAS, there have been no prior time modifications in this case;

      WHEREAS, the Parties' proposed extension will not impact any other pending deadlines;

      WHEREAS, Apple has requested, and Plaintiffs have consented to, additional time for Apple to answer or otherwise respond to the Complaint;

      WHEREAS, the Parties agree that an extension of Apple's time to file a responsive pleading is reasonable and serves the interests of judicial economy and efficiency;

      THEREFORE, the Parties, by and through their respective undersigned counsel, HEREBY STIPULATE AND AGREE, as follows:

      Defendant Apple's time to file a responsive pleading to the Complaint shall be, and is, extended by 30 days, to October 31, 2025.

| | | |
|---|---|---|
| 1 | Dated: September 19, 2025 | Respectfully submitted, |
| 2 | | **KELLER ROHRBACK L.L.P.** |
| 3 | | By */s/ Benjamin Gould* |
| 4 | | Benjamin Gould (Bar No. 250630) |
| | | bgould@kellerrohrback.com |
| 5 | | Derek W. Loeser (*Pro hac vice motion pending*) |
| | | dloeser@kellerrohrback.com |
| 6 | | Chris N. Ryder (*Pro hac vice motion pending*) |
| | | cryder@kellerrohrback.com |
| 7 | | William K. Dreher (*Pro hac vice motion pending*) |
| | | wdreher@kellerrohrback.com |
| 8 | | Elizabeth W. Tarbell (*Pro hac vice motion pending*) |
| | | etarbell@kellerrohrback.com |
| 9 | | 1201 Third Avenue, Suite 3400 |
| | | Seattle, WA 98101-3268 |
| 10 | | Telephone: +1.206.623.1900 |
| 11 | | **BUTTERICK LAW PC** |
| 12 | | Matthew Butterick (Bar No. 250953) |
| | | mb@butterick law.com |
| 13 | | 1920 Hillhurst Avenue, #406 |
| | | Los Angeles, CA 90027 |
| 14 | | Telephone: +1.323. 968.2632 |
| 15 | | *Attorneys for Plaintiffs* |
| 16 | | |
| 17 | Dated: September 19, 2025 | **LATHAM & WATKINS LLP** |
| | | *Appearance for Defendants forthcoming* |
| 18 | | |
| 19 | | By */s/ Andrew M. Gass* |
| | | Andrew M. Gass (Bar No. 259694) |
| 20 | | andrew.gass@lw.com |
| | | Joseph R. Wetzel (Bar No. 238008) |
| 21 | | joe.wetzel@lw.com |
| | | Melanie M. Blunschi (Bar No. 234264) |
| 22 | | melanie.blunschi@lw.com |
| 23 | | 505 Montgomery St., Suite 2000 |
| | | San Francisco, CA 94111 |
| 24 | | Telephone: +1.415.391.0600 |
| 25 | | Elana Nightingale Dawson (*Pro hac vice motion forthcoming*) |
| 26 | | elana.nightingaledawson@lw.com |
| | | 555 Eleventh Street, NW, Suite 1000 |
| 27 | | Washington, D.C. 20004-1304 |
| | | Telephone: +1.202.637.2200 |
| 28 | | |

1                                              *Attorneys for Defendant Apple Inc.*

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing **JOINT STIPULATION TO EXTEND DEFENDANT APPLE INC.'S TIME TO RESPOND TO COMPLAINT**. Pursuant to L.R 5-1(i)(3) regarding signatures, I, Benjamin Gould, attest that each of the other Signatories have concurred in the filing of the document.

Dated: September 19, 2025      /s/ *Benjamin Gould*
                               Benjamin Gould