Joseph R. Saveri (State Bar No. 130064)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com

*Attorneys for Plaintiffs in the Martinez-Conde Action*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GRADY HENDRIX & JENNIFER ROBERSON, Individual and Representative Plaintiffs, v. APPLE INC., Defendant. | Case No. 4:25-cv-07558-YGR<br>Case No. 3:25-cv-08695<br><br>**PLAINTIFFS SUSANA MARTINEZ-CONDE AND STEPHEN L. MACKNIK'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER CIVIL LOCAL RULE 3-12** |
| SUSANA MARTINEZ-CONDE, STEPHEN L. MACKNIK, Plaintiffs, v. APPLE INC., Defendant. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rules 3-12 and 7-11, Plaintiffs Susana Martinez-Conde and Stephen L. Macknik, in *Martinez-Conde et al., v. Apple Inc.,* No. 3:25-cv-08695 (N.D. Cal.) (the "*Martinez-Conde* Action"), submit this administrative motion to consider whether the *Martinez-Conde* Action should be related to this first-filed, lowest-numbered case, *Hendrix et al. v. Apple Inc.*, No. 4:25-cv-07558-YGR (N.D. Cal.) (the "*Hendrix* Action"), filed in this district on September 5, 2025, now pending before this Court.

The *Martinez-Conde* Action should be related to the *Hendrix* Action. Civil Local Rule 3-12(a) provides that an action is related to another when: "(1) The allegations concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." These criteria are met here. The two actions involve the same defendant, Apple Inc., and the same claims involving Apple Inc.'s conduct during the same transaction or events. Specifically, defendant Apple Inc. is alleged to have infringed the registered copyrights of thousands of authors when it made unauthorized copies of books *en mass* in pirated datasets that it copied, stored and used to train its generative AI models.

Given that both actions concern the same defendant and involve the same conduct and claims, different Judges conducting parallel actions would be an undue burden and duplication of labor, expenses, and judicial resources, and could lead to potentially inconsistent results. Accordingly, relating the *Hendrix* Action and *Maritnez-Conde* Action will serve the interests of judicial economy and avoid the potential for conflicting results, consistent with Civil Local Rules 3-12(a).

For the reasons set forth above, Susana Martinez-Conde and Stephen L. Macknik respectfully request that the Court relate the *Martinez-Conde* Action, Case No. 5:25-cv-08695 to the *Hendrix* Action, Case No. 4:25-cv-07558-YGR, pursuant to Local Rule 3-12(a).

| | |
|---|---|
| Dated: October 14, 2025 | Respectfully Submitted, |
| | JOSEPH SAVERI LAW FIRM, LLP. |
| | By:    */s/ Joseph R. Saveri*<br>             Joseph R. Saveri |
| | Joseph R. Saveri (State Bar No. 130064)<br>JOSEPH SAVERI LAW FIRM, LLP<br>601 California Street, Suite 1505<br>San Francisco, California 94108<br>Telephone: (415) 500-6800<br>Facsimile:  (415) 395-9940<br>Email:       jsaveri@saverilawfirm.com |
| | *Attorneys for Plaintiffs in the Martinez-Conde Action* |

Case No. 4:25-cv-07558-YGR                                    2

PLAINTIFFS SUSANA MARTINEZ-CONDE AND STEPHEN L. MACKNIK'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER CIVIL LOCAL RULE 3-12