**LATHAM & WATKINS LLP**
Andrew M. Gass (Bar No. 259694)
 andrew.gass@lw.com
Joseph R. Wetzel (Bar No. 238008)
 joe.wetzel@lw.com
Melanie M. Blunschi (Bar No. 234264)
 melanie.blunschi@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

Elana Nightingale Dawson (*Pro hac vice*)
 elana.nightingaledawson@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| GRADY HENDRIX & JENNIFER ROBERSON,<br><br> Individual and Representative Plaintiffs,<br><br> v.<br><br>APPLE INC.,<br><br>                                Defendant. | Case No. 4:25-cv-07558-YGR<br><br>**DEFENDANT'S STATEMENT IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Related Case: *Martinez-Conde v. Apple Inc.*, No. 3:25-cv-08695 (N.D. Cal.) |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANT'S STATEMENT ISO ADMIN. MOT. TO
CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 4:25-cv-07558-YGR

Pursuant to Civil Local Rule 3-12(e), Defendant Apple Inc. ("Apple") hereby submits this statement in support of the administrative motion of Plaintiffs Susana Martinez-Conde and Stephen L. Macknik ("*Martinez-Conde* Plaintiffs") to consider whether *Martinez-Conde v. Apple Inc.*, No. 3:25-cv-08695, filed in this District on October 9, 2025, should be related to this case—*Hendrix v. Apple Inc.*, No. 4:25-cv-07558-YGR.

Pursuant to Local Rule 3-12(a), "[a]n action is related to another when: (1) The actions concern substantially the same parties, property, transaction, or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Both of those requirements are satisfied here.

First, both this action and the *Martinez-Conde* action are brought by book authors on behalf of overlapping putative classes of copyright owners against the same defendant, Apple Inc. *Compare* Dkt. No. 1 ¶¶ 6, 15, *with Martinez-Conde*, 5:25-cv-08695, Dkt. No. 1 ¶¶ 9, 22. Both actions are for a single claim of direct copyright infringement based on the same alleged conduct—Apple's alleged reproduction of books to train the same large language models. *Compare* Dkt. No. 1 ¶ 86, *with Martinez-Conde*, 5:25-cv-08695, Dkt. No. 1 ¶ 104. As such, both actions concern substantially the same parties, property, and events.

Second, given the substantial overlap between the cases, proceeding before different Judges is likely to result in "an unduly burdensome duplication of labor and expense" and creates the possibility of "conflicting results."

For the foregoing reasons, as well as for those set forth by the *Martinez-Conde* Plaintiffs at Dkt. No. 33, Apple agrees with the *Martinez-Conde* Plaintiffs that the *Martinez-Conde* case and this case should be related. On October 13, 2025, counsel for the *Hendrix* Plaintiffs stated via email that their "position is that the cases are related"—so all parties across both cases are in agreement.

For the same reasons, Apple anticipates seeking to have the cases consolidated at the appropriate time as well.

| | |
|---|---|
| Dated: October 16, 2025 | Respectfully submitted,<br><br>LATHAM & WATKINS LLP<br><br>By: */s/ Andrew M. Gass*<br>Andrew M. Gass (Bar No. 259694)<br>  andrew.gass@lw.com<br>Joseph R. Wetzel (Bar No. 238008)<br>  joe.wetzel@lw.com<br>Melanie M. Blunschi (Bar No. 234264)<br>  melanie.blunschi@lw.com<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111<br>Telephone: +1.415.391.0600<br><br>Elana Nightingale Dawson (*Pro hac vice*)<br>  elana.nightingaledawson@lw.com<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone: +1.202.637.2200<br><br>*Attorneys for Defendant Apple Inc.* |