| | |
|---|---|
| **KELLER ROHRBACK L.L.P.**<br>Benjamin Gould (SBN 250630)<br>  bgould@kellerrohrback.com<br>1201 Third Avenue, Suite 3400<br>Seattle, Washington 98101<br>Telephone: +1.206.623.1900<br><br>**BUTTERICK LAW PC**<br>Matthew Butterick (SBN 250953)<br>  mb@butericklaw.com<br>1920 Hillhurst Avenue, #406<br>Los Angeles, California 90027<br>Telephone: +1.323.968.2632<br><br>*Attorneys for Plaintiffs Hendrix and Roberson* | **LATHAM & WATKINS LLP**<br>Andrew M. Gass (Bar No. 259694)<br>  andrew.gass@lw.com<br>Joseph R. Wetzel (Bar No. 238008)<br>  joe.wetzel@lw.com<br>Melanie M. Blunschi (Bar No. 234264)<br>  melanie.blunschi@lw.com<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111<br>Telephone: +1.415.391.0600<br><br>Elana Nightingale Dawson (*Pro hac vice*)<br>  elana.nightingaledawson@lw.com<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone: +1.202.637.2200<br><br>*Attorneys for Defendant Apple Inc.* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| GRADY HENDRIX & JENNIFER ROBERSON,<br><br>  Individual and Representative Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>  Defendant. | Case No. 4:25-cv-07558-YGR<br><br>**JOINT STIPULATION TO EXTEND DEFENDANT APPLE INC.'S TIME TO RESPOND TO COMPLAINT**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Complaint Filed: September 5, 2025 |

  Pursuant to Civil Local Rule 6-1(a), which allows the parties to stipulate, without Court order, to extend the time to respond to a complaint, Plaintiffs Grady Hendrix and Jennifer Roberson (together "Plaintiffs") and Defendant Apple Inc. ("Apple") (collectively, the "Parties"), through their undersigned counsel, hereby stipulate and declare as follows:

  WHEREAS, Plaintiffs filed their complaint (the "Complaint") on September 5, 2025 (Dkt. No. 1);

  WHEREAS, Apple was served in this matter on or about September 10, 2025 (Dkt. No. 10);

  WHEREAS, on September 19, 2025, the Parties stipulated to extend Apple's time to answer or otherwise respond to the Complaint from October 1, 2025, to October 31, 2025, Dkt. No. 19;

  WHEREAS, on October 9, 2025, Plaintiffs Susana Martinez-Conde and Stephen L. Macknik ("*Martinez-Conde* Plaintiffs") filed suit against Apple in the Northern District of California, *see Martinez-Conde v. Apple Inc.*, No. 3:25-cv-08695;

  WHEREAS, on October 14, 2025, the *Martinez-Conde* Plaintiffs filed an Administrative Motion To Consider Whether Cases Should Be Related Under Civil Local Rule 3-12, Dkt. No. 33, ("Related Cases Motion"), in which they took the position that the *Martinez-Conde* action should be related to this case;

  WHEREAS, on October 16, 2025, Apple filed a statement in support of the *Martinez-Conde* Plaintiffs' Related Cases Motion, Dkt. No. 34;

  WHEREAS, on October 17, 2025, the *Hendrix* Plaintiffs filed a statement in support of the *Martinez-Conde* Plaintiffs' Related Cases Motion, Dkt. No. 35;

  WHEREAS, the Parties are discussing potential consolidation of the *Hendrix* and *Martinez-Conde* actions;

  WHEREAS, in light of the Parties' discussions regarding consolidation, Apple has requested, and Plaintiffs have consented to, additional time for Apple to answer or otherwise respond to the Complaint;

  WHEREAS, the Parties' proposed extension will not impact any other pending deadlines;

1    WHEREAS, the Parties agree that an extension of Apple's time to file a responsive
2 pleading is reasonable and serves the interests of judicial economy and efficiency;
3    THEREFORE, the Parties, by and through their respective undersigned counsel, HEREBY
4 STIPULATE AND AGREE, as follows:
5    Defendant Apple Inc.'s time to file a responsive pleading to the Complaint shall be, and is
6 extended by 35 days to December 5, 2025.

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated: October 20, 2025 | KELLER ROHRBACK L.L.P. |
| 2 | | By: */s/ Benjamin Gould* |
| 3 | | Benjamin Gould (SBN 250630) |
| | | Derek W. Loeser, *Pro Hac Vice* |
| 4 | | Chris N. Ryder, *Pro Hac Vice* |
| | | William K. Dreher, *Pro Hac Vice* |
| 5 | | Elizabeth W. Tarbell, *Pro Hac Vice* |
| 6 | | 1201 Third Avenue, Suite 3400 |
| | | Seattle, Washington 98101-3268 |
| 7 | | (206) 623-1900 |
| | | Fax (206) 623-3384 |
| 8 | | bgould@kellerrohrback.com |
| | | dloeser@kellerrohrback.com |
| 9 | | cryder@kellerrohrback.com |
| | | wdreher@kellerrohrback.com |
| 10 | | etarbell@kellerrohrback.com |
| 11 | | |
| | | BUTTERICK LAW PC |
| 12 | | |
| | | Matthew Butterick (SBN 250953) |
| 13 | | 1920 Hillhurst Avenue, #406 |
| | | Los Angeles, California 90027 |
| 14 | | mb@buttericklaw.com |
| 15 | | *Attorneys for Plaintiffs* |
| 16 | Dated: October 20, 2025 | Respectfully submitted, |
| 17 | | LATHAM & WATKINS LLP |
| 18 | | By: */s/ Andrew M. Gass* |
| 19 | | Andrew M. Gass (Bar No. 259694) |
| | | andrew.gass@lw.com |
| 20 | | Joseph R. Wetzel (Bar No. 238008) |
| | | joe.wetzel@lw.com |
| 21 | | Melanie M. Blunschi (Bar No. 234264) |
| 22 | | melanie.blunschi@lw.com |
| | | 505 Montgomery Street, Suite 2000 |
| 23 | | San Francisco, California 94111 |
| | | Telephone: +1.415.391.0600 |
| 24 | | |
| 25 | | Elana Nightingale Dawson (*Pro hac vice*) |
| | | elana.nightingaledawson@lw.com |
| 26 | | 555 Eleventh Street, NW, Suite 1000 |
| | | Washington, D.C. 20004 |
| 27 | | Telephone: +1.202.637.2200 |
| 28 | | *Attorneys for Defendant Apple Inc.* |

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing **JOINT STIPULATION TO EXTEND DEFENDANT APPLE INC.'S TIME TO RESPOND TO COMPLAINT**. Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Andrew M. Gass, attest that each of the other Signatories have concurred in the filing of the document.

Dated: October 20, 2025                                             /s/ *Andrew M. Gass*
                                                                                  Andrew M. Gass