UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASHA ALEXANDER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC., et al.,<br><br>　　　　　Defendants. | Case No. 25-cv-09090-EKL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *Hendrix v. Apple Inc.*, No. 25-cv-07558-YGR.

**IT IS SO ORDERED.**

Dated: October 30, 2025

_____
EUMI K. LEE
United States District Judge