JOSEPH W. COTCHETT (SBN 36324)
BRIAN DANITZ (SBN 247403)
GIA JUNG (SBN 340160)
CAROLINE YUEN (SBN 354388)
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcom Road
Burlingame, CA 94010
Tel: 650-697-6000
jcotchett@cpmlegal.com
bdanitz@cpmlegal.com
gjung@cpmlegal.com
cyuen@cpmlegal.com

KARIN B. SWOPE (*pro hac vice*)
THOMAS LOESER (SBN 202724)
ANDREW FULLER (*pro hac vice* forthcoming)
JACOB ALHADEFF (*pro hac vice* forthcoming)
**COTCHETT, PITRE & MCCARTHY, LLP**
1809 7th Avenue, Suite 1600
Seattle WA 98101
Tel: (206) 802-1272
kswope@cpmlegal.com
tloeser@cpmlegal.com
afuller@cpmlegal.com
jalhadeff@cpmlegal.com

LESLEY E. WEAVER (SBN 191305)
ANNE K. DAVIS (SBN 267090)
JOSHUA D. SAMRA (SBN 313050)
**BLEICHMAR FONTI & AULD LLP**
1330 Broadway, Suite 630
Oakland, CA 94612
Tel. (415) 445-4003
lweaver@bfalaw.com
adavis@bfalaw.com
jsamra@bfalaw.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GRADY HENDRIX & JENNIFER ROBERSON,<br><br>    Individual and Representative Plaintiffs,<br><br>        v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 4:25-cv-07558-YGR<br><br>**ADMINISTRATIVE MOTION TO RELATE CASES UNDER CIVIL LOCAL RULE 3-12** |

*(Caption continued on next page)*

| | |
|---|---|
| SUSANA MARTINEZ-CONDE, STEPHEN L. MACKNIK,<br><br>    Plaintiffs,<br><br>        v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 4:25-cv-08695-YGR |
| TASHA ALEXANDER, an Individual on Behalf of Herself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>        v.<br><br>APPLE INC., a California Corporation, CRAIG FEDERIGHI, an individual, and JOHN GIANNANDREA, an individual,<br><br>    Defendants. | Case No. 5:25-cv-09090-EKL |

ADMIN. MOT. TO RELATE CASES

Pursuant to Local Rule 3-12(a) and 7-11, Plaintiff Tasha Alexander, in *Alexander v. Apple Inc.*, No. 5:25-cv-09090 (N.D. Cal.) (the "*Alexander* Action"), submits this administrative motion to consider whether the *Alexander* Action should be related to this first-filed, lowest-numbered case, *Hendrix et al. v. Apple Inc.*, No. 4:25-cv-07558-YGR (N.D. Cal.) (the "*Hendrix* Action"), filed in this district on September 5, 2025, now pending before this Court, as well as to *Martinez-Conde, et al. v. Apple Inc.*, No. 3:25-cv-08695-YGR (N.D. Cal.) (the "*Martinez-Conde* Action"), which this Court found related to the *Hendrix* Action on October 21, 2025.

Counsel for Plaintiff Alexander have met and conferred with counsel for plaintiffs in the *Hendrix* Action and the *Martinez-Conde* Action, as well as with counsel for Defendants Apple Inc., Craig Federighi, and John Giannandrea (collectively, the "Parties"). The Parties agree that the *Alexander* Action should be related to the *Hendrix* and *Martinez-Conde* Actions and have submitted a Joint Stipulation in Support of Administrative Motion to Relate Cases Under Civil Local Rule 3-12 herewith.

Civil Local Rule 3-12(a) provides that an action is related to another when: "(1) The allegations concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." These criteria are met here. All three actions are for a single claim of direct copyright infringement that puts at issue the same alleged conduct—Apple's alleged reproduction of books to train the same large language models. These actions concern substantially the same parties, property, and events.

Given that all three actions concern the same defendant and involve the same conduct and claims, different Judges conducting parallel actions would be an undue burden and duplication of labor, expenses, and judicial resources, and could lead to potentially inconsistent results. Accordingly, relating the *Alexander* Action with the already-related *Hendrix* and *Martinez-Conde* Actions will serve the interests of judicial economy and avoid the potential for conflicting results, consistent with Civil Local Rules 3-12(a).

ADMIN. MOT. TO RELATE CASES

1

1    For the reasons set forth above, the Parties respectfully request that the Court relate the

2  *Alexander* Action, Case No. 5:25-cv-09090 to the *Hendrix* Action, Case No. 4:25-cv-07558-YGR,

3  and to the *Martinez-Conde* Action, Case No. 3:25-cv-08695-YGR, pursuant to Local Rule 3-12(a).

4

5

6  Dated: October 30, 2025            **BLEICHMAR FONTI & AULD LLP**

7                                     By: */s/ Anne K. Davis*
                                       Lesley E. Weaver (SBN 191305)
8                                      Anne K. Davis (SBN 267090)
                                       Joshua D. Samra (SBN 313050)
9                                      1330 Broadway, Suite 630
10                                     Oakland, CA 94612
                                       Tel. (415) 445-4003
11                                     lweaver@bfalaw.com
                                       adavis@bfalaw.com
12                                     jsamra@bfalaw.com

13                                     **COTCHETT, PITRE & MCCARTHY, LLP**

14
                                       By: */s/ Karin B. Swope*
15                                     Karin B. Swope (*pro hac vice*)
                                       Thomas E. Loeser, Cal. Bar No. 202724
16                                     Andrew Fuller (*pro hac vice* to be filed)
                                       Jacob M. Alhadeff (*pro hac vice* to be filed)
17                                     1809 7th Ave., Ste. 1610
18                                     Seattle, WA 98101
                                       Tel: (206) 802-1272
19                                     Fax: (206) 299-4184
                                       kswope@cpmlegal.com
20                                     tloeser@cpmlegal.com
                                       afuller@cpmlegal.com
21                                     jalhadeff@cpmlegal.com

22
                                       Joseph W. Cotchett, Cal. Bar No. 36324
23                                     Brian Danitz, Cal. Bar No. 247403
                                       Gia Jung, Cal. Bar No. 340160
24                                     Caroline Yuen, Cal. Bar No. 354388
25                                     840 Malcom Road
                                       Burlingame, CA 94010
26                                     Tel: 650-697-6000
                                       Fax: 650-697-0577
27                                     jcotchett@cpmlegal.com
                                       bdanitz@cpmlegal.com
28

ADMIN. MOT. TO RELATE CASES

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

gjung@cpmlegal.com
cyuen@cpmlegal.com

*Attorneys for Plaintiff Tasha Alexander*

ADMIN. MOT. TO RELATE CASES

1

**SIGNATURE ATTESTATION**

2

I am the ECF User whose identification and password are being used to file the foregoing

3

ADMINISTRATIVE MOTION TO RELATE CASES UNDER CIVIL LOCAL RULE 3-12.

4

Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Anne K. Davis, attest that the other Signatory

5

has concurred in the filing of the document.

6

7

Dated: October 30, 2025                                         /s/      *Anne K. Davis*

8

Anne K. Davis

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADMIN. MOT. TO RELATE CASES