*Counsel Listed in Signature Blocks*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| GRADY HENDRIX & JENNIFER ROBERSON, | No. 4:25-cv-07558-YGR |
| | No. 4:25-cv-08695-YGR |
| *Individual and Representative Plaintiffs*, | No. 4:25-cv-09090-YGR |
| | |
| v. | **STIPULATION TO CONSOLIDATE CASES AND SET BRIEFING SCHEDULE AND [PROPOSED] ORDER; AS AMENDED BY THE COURT** |
| APPLE INC., | |
| *Defendant.* | |
| | Judge: Hon. Yvonne Gonzalez Rogers |

| |
|---|
| SUSANA MARTINEZ-CONDE, STEPHEN L. MACKNIK, |
| |
| *Individual and Representative Plaintiffs*, |
| |
| v. |
| |
| APPLE INC., |
| |
| *Defendant.* |

| |
|---|
| TASHA ALEXANDER, an Individual on Behalf of Herself and All Others Similarly Situated, |
| |
| *Plaintiff*, |
| |
| v. |
| |
| APPLE INC., a California Corporation, CRAIG FEDERIGHI, an individual, and JOHN GIANNANDREA, an individual, |
| |
| *Defendants.* |

No. 4:25-cv-07558-YGR
No. 4:25-cv-08695-YGR
No. 4:25-cv-09090-YGR

1

STIPULATION TO CONSOLIDATE
CASES AND SET BRIEFING
SCHEDULE AND [PROPOSED]
ORDER

**STIPULATION**

Plaintiffs Grady Hendrix and Jennifer Roberson, in *Hendrix v. Apple Inc.*, No. 4:25-cv-07558 (N.D. Cal.) (the "*Hendrix* Action"), Plaintiffs Susana Martinez-Conde and Stephen L. Macknik, in *Martinez-Conde v. Apple Inc.*, No. 4:25-cv-08695 (N.D. Cal.) (the "*Martinez-Conde* Action"), Plaintiff Tasha Alexander, in *Alexander v. Apple Inc.*, No. 4:25-cv-09090 (N.D. Cal.) (the "*Alexander* Action"), and Defendants Apple Inc., Craig Federighi, and John Giannandrea (collectively, the "Parties") jointly request that the above-captioned actions (the "Actions") be consolidated and that a joint case management statement and case management conference be scheduled as follows, subject to the Court's approval.

1.      Whereas, the *Hendrix* Action was filed on September 5, the *Martinez-Conde* Action on October 9, and the *Alexander* Action on October 22.

2.      Whereas, the *Martinez-Conde* Plaintiffs filed an administrative motion to relate the *Hendrix* and *Martinez-Conde* actions. (Dkt. No. 33). The Court has granted that motion. Related Case Order (Dkt. No. 37).

3.      Whereas, pursuant to Civil Local Rule 3-12(c), Judge Lee *sua sponte* referred the *Alexander* matter to this Court for consideration of whether the case is related to *Hendrix*. (Dkt. No. 38.) Subsequently, the Parties filed a stipulated administrative motion to relate the *Alexander* Action to the *Hendrix* and *Martinez-Conde* Actions. Admin. Motion to Relate Cases (Dkt. No. 39).

4.      Whereas, on November 5, the Court related the *Alexander* Action to the *Hendrix* Action. (Dkt. No. 40).

5.      Whereas, consolidation of the three actions under Rule 42(a) is appropriate. As noted in the motions to relate, all three actions are for a single claim of direct copyright infringement that puts at issue the same alleged conduct—Apple's alleged reproduction of books to train the same large language models. Consolidation will enable a single schedule for all three actions and prevent inefficient duplication of effort.

No. 4:25-cv-07558-YGR
No. 4:25-cv-08695-YGR
No. 4:25-cv-09090-YGR

2

STIPULATION TO CONSOLIDATE
CASES AND SET BRIEFING
SCHEDULE AND [PROPOSED]
ORDER

6.      Whereas, the initial case management conference in the *Hendrix* action is currently set for December 15, 2025 at 2:00 pm, with the joint case management statement due by December 8, 2025.

7.      Whereas, the parties agree that the designation of Interim Class Counsel and the filing of a single operative consolidated complaint is necessary to ensure efficient case management.

NOW, THEREFORE, IT IS STIPULATED AND AGREED, subject to Court approval, as follows:

1.      The Parties stipulate, subject to this Court's approval, that the three actions be consolidated.

2.      Defendants' current deadlines to respond to the complaints in the three actions are held in abeyance.

3.      The December 15, 2025 case management conference scheduled in the *Hendrix* Action*,* the January 26, 2026 case management conference scheduled in the *Martinez-Conde* Action, and any related deadlines are vacated.

4.      The *Hendrix* Plaintiffs, the *Alexander* Plaintiff and the *Martinez-Conde* Plaintiffs propose that Plaintiffs' counsel will file their applications for appointment of leadership no later than November 21, 2025.  The parties will file responses to these motions no later than December 5, 2025.

5.      Within 14 days of their appointment, Interim Class Counsel shall designate or file and serve a consolidated class action complaint.

6.      Defendants shall have 45 days after designation or filing by Interim Class Counsel of the consolidated complaint in which to answer, move to dismiss or otherwise respond.

7.      If Defendants move to dismiss the consolidated complaint, plaintiff(s) shall respond to the motion(s) to dismiss 45 days thereafter, and Defendants shall file their reply brief(s) 30 days after that. All of the above may be revised with any schedule the Court deems appropriate.

8.      Within 14 court days after all Defendants answer the consolidated complaint, the parties shall meet and confer and file with the Court a proposed case scheduling order, including a proposed case management conference.

No. 4:25-cv-07558-YGR
No. 4:25-cv-08695-YGR
No. 4:25-cv-09090-YGR

3

STIPULATION TO CONSOLIDATE
CASES AND SET BRIEFING
SCHEDULE AND [PROPOSED]
ORDER

1  RESPECTFULLY SUBMITTED this 13th day of November, 2025.

2  DATED this 14th day of November, 2025.

3  **COTCHETT, PITRE & MCCARTHY, LLP**          **KELLER ROHRBACK L.L.P.**

4  By: */s/ Karin B. Swope*                                     By: */s/ Benjamin Gould*

5  Karin B. Swope (*pro hac vice*)                          Derek W. Loeser, *Pro Hac Vice*
   Thomas E. Loeser, Cal. Bar No. 202724            Benjamin Gould (SBN 250630)
6  Andrew Fuller (*pro hac vice* to be filed)           Chris N. Ryder, *Pro Hac Vice*
   Jacob M. Alhadeff (*pro hac vice* to be filed)     William K. Dreher, *Pro Hac Vice*
7  1809 7th Ave., Ste. 1610                                   Elizabeth W. Tarbell, *Pro Hac Vice*
   Seattle, WA 98101                                            Samuel Rubinstein, *Pro Hac Vice*
8  Tel: (206) 802-1272                                           1201 Third Avenue, Suite 3400
   Fax: (206) 299-4184                                          Seattle, WA 98101-3268
9  kswope@cpmlegal.com                                   (206) 623-1900
   tloeser@cpmlegal.com                                     Fax (206) 623-3384
10 afuller@cpmlegal.com                                     bgould@kellerrohrback.com
   jalhadeff@cpmlegal.com                                  dloeser@kellerrohrback.com
11                                                                     cryder@kellerrohrback.com
12 Joseph W. Cotchett, Cal. Bar No. 36324          wdreher@kellerrohrback.com
   Brian Danitz, Cal. Bar No. 247403                   etarbell@kellerrohrback.com
13 Gia Jung, Cal. Bar No. 340160                        srubinstein@kellerrohrback.com
   Caroline Yuen, Cal. Bar No. 354388
14 840 Malcom Road                                            Matthew Butterick (SBN 250953)
   Burlingame, CA 94010                                     BUTTERICK LAW PC
15 Tel: 650-697-6000                                           1920 Hillhurst Avenue, #406
   Fax: 650-697-0577                                          Los Angeles, CA 90027
16 jcotchett@cpmlegal.com                                mb@butterricklaw.com
17 bdanitz@cpmlegal.com
   gjung@cpmlegal.com                                    *Attorneys for Hendrix Plaintiffs*
18 cyuen@cpmlegal.com

19
20 **BLEICHMAR FONTI & AULD LLP**             **JOSEPH SAVERI LAW FIRM, LLP.**

21 By: */s/ Anne K. Davis*                                   By: */s/ Joseph R. Saveri*
   Lesley E. Weaver (SBN 191305)                    Joseph R. Saveri
22 Anne K. Davis (SBN 267090)                        Joseph R. Saveri (State Bar No. 130064)
   Joshua D. Samra (SBN 313050)                     JOSEPH SAVERI LAW FIRM, LLP
23 1330 Broadway, Suite 630                            601 California Street, Suite 1505
   Oakland, CA 94612                                        San Francisco, California 94108
24 Tel. (415) 445-4003                                       Telephone: (415) 500-6800
   lweaver@bfalaw.com                                    Facsimile: (415) 395-9940
25 adavis@bfalaw.com                                     Email: jsaveri@saverilawfirm.com
26 jsamra@bfalaw.com
                                                                      *Attorneys for Martinez-Conde Plaintiffs*
27 *Attorneys for Plaintiff Tasha Alexander*

28 No. 4:25-cv-07558-YGR                         4                STIPULATION TO CONSOLIDATE
   No. 4:25-cv-08695-YGR                                           CASES AND SET BRIEFING
   No. 4:25-cv-09090-YGR                                           SCHEDULE AND [PROPOSED]
                                                                                  ORDER

**LATHAM & WATKINS LLP**

By: */s/ Andrew M. Gass*
Andrew M. Gass (Bar No. 259694)
  andrew.gass@lw.com
Joseph R. Wetzel (Bar No. 238008)
  joe.wetzel@lw.com
Melanie M. Blunschi (Bar No. 234264)
  melanie.blunschi@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

Elana Nightingale Dawson (*Pro hac vice*)
  elana.nightingaledawson@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

*Attorneys for Defendants Apple Inc., Craig*
*Federighi, and John Giannandrea*

### SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file **STIPULATION TO CONSOLIDATE CASES AND SET CONSOLIDATED CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**.  Pursuant to Local Civil Rule 5-1(i)(3) regarding signatures, I, Anne K. Davis, attest that the other signatories have concurred in the filing of the document.

Dated: November 13, 2025            */s/ Anne K. Davis*
                                     Anne K. Davis

## [~~PROPOSED~~] ORDER GRANTING STIPULATION

The parties' stipulation to consolidate cases and set a briefing schedule is hereby **GRANTED**. The parties are instructed that all future filings in the consolidated action are to occur on the docket in *Hendrix v. Apple Inc.*, Case No. 4:25-cv-07558-YGR.

Given the procedural posture, it is further **ORDERED** that *Martinez-Conde v. Apple Inc.*, Case No. 4:25-cv-08695-YGR (the "*Martinez-Conde* Action"), and *Alexander v. Apple Inc.*, Case No. 4:25-cv-09090-YGR (the "*Alexander* Action"), are administratively closed for statistical purposes only. Nothing further shall be filed on the dockets in the *Martinez-Conde* Action and the *Alexander* Action, and nothing contained in this order shall be construed as a dismissal or disposition of those Actions. Should further proceedings become necessary in the *Martinez-Conde* Action or the *Alexander* Action individually, any party may contact the Court to address the issue.

**IT IS SO ORDERED.**

Dated:  November 14, 2025

Hon. Yvonne Gonzalez Rogers
United States District Court Judge

No. 4:25-cv-07558-YGR
No. 4:25-cv-08695-YGR
No. 4:25-cv-09090-YGR

6

STIPULATION TO CONSOLIDATE
CASES AND SET BRIEFING
SCHEDULE AND [~~PROPOSED~~]
ORDER