| | |
|---|---|
| 1 | William Dreher (*pro hac vice*) |
| 2 | Derek W. Loeser (*pro hac vice*) |
| 3 | Cari C. Laufenberg (*pro hac vice* forthcoming) |

William Dreher (*pro hac vice*)
Derek W. Loeser (*pro hac vice*)
Cari C. Laufenberg (*pro hac vice* forthcoming)
Benjamin Gould (SBN 250630)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
(206) 623-1900
wdreher@kellerrohrback.com
dloeser@kellerrohrback.com
claufenberg@kellerrohrback.com
bgould@kellerrohrback.com

Matthew Butterick (SBN 250953)
BUTTERICK LAW PC
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
(323) 968-2632
mb@butticklaw.com

Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
(713) 653-7802
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 789-3100
rnath@susmangodfrey.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| GRADY HENDRIX & JENNIFER ROBERSON, *Individual and Representative Plaintiffs*, <br><br> v. <br><br> APPLE INC., <br><br> *Defendant*. <br><br> SUSANA MARTINEZ-CONDE, STEPHEN L. MACKNIK, <br><br> INDIVIDUAL AND REPRESENTATIVE PLAINTIFFS, <br><br> V. <br><br> APPLE INC., <br><br> DEFENDANT. | No. 4:25-cv-07558-YGR <br> No. 4:25-cv-08695-YGR <br> No. 4:25-cv-09090-YGR <br><br> **DECLARATION OF WILL DREHER** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

No. 4:25-cv-07558-YGR
No. 4:25-cv-08695-YGR
No. 4:25-cv-09090-YGR

1

DREHER DECLARATION

| | |
|---|---|
| TASHA ALEXANDER, AN INDIVIDUAL ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, | |
| PLAINTIFF, | |
| V. | |
| APPLE INC., A CALIFORNIA CORPORATION, CRAIG FEDERIGHI, AN INDIVIDUAL, AND JOHN GIANNANDREA, AN INDIVIDUAL, | |
| Defendants. | |

I, Will Dreher, declare under penalty of perjury:

1. I am a partner at Keller Rohrback L.L.P. and a member of the firm's Complex Litigation Group. I submit this declaration in support of the Motion for Entry of Pre-Trial Order Appointing Interim Co-Lead Counsel (the "Motion"). I have personal knowledge of the information contained in this Declaration, or have gained knowledge of the information by reviewing documents or communications, and if called as a witness, I could and would testify competently to its content.

2. Keller Rohrback represents plaintiffs in large-scale, complex, and class actions involving corporate wrongdoing, and has recovered over $94.9 billion for its clients to date. Keller Rohrback has more than 70 attorneys across six offices, supported by more than 85 staff; among its attorneys and staff are accountants, economists, computer technology experts, former U.S. Justice Department prosecuting attorneys, and regulatory experts. The firm regularly serves as lead counsel or in other leadership positions in prominent class actions throughout the country. Among other areas of recognized expertise, the firm is a leader in novel cases against technology and social media companies, *In re Facebook, Inc., Consumer Priv. User Profile Litig.*, No. 18-md-02843 (N.D. Cal.) ("*In re Facebook*"), cases requiring complex economic analysis, *Jabbari, et al. v. Wells Fargo & Co, et al.*, No. 3:15-cv-02159 (N.D. Cal.) ("*Jabbari*"), and large scale, public-impact cases, *see, e.g.*, *In Re Juul Labs, Inc., Mktg., Sales Pracs., and Prods. Liab. Litig.*, 19-md-02913 (N.D. Cal.) ("*In re Juul Labs*") (co-lead counsel in MDL relating to the marketing of Juul e-cigarette products), *In re Volkswagen "Clean Diesel" Mktg., Sales Pracs., and Prods. Liab. Litig.*, 15-md-2672 (N.D. Cal.)

(appointed to Plaintiffs' Steering Committee in the MDL arising out of the Volkswagen "Diesel-gate" scandal), *In re Chrysler-Dodge-Jeep EcoDiesel*, No. 19-md-2777 (N.D. Cal.) (Plaintiffs' Steering Committee), and *In re Nat'l Prescription Opiate Litig.*, No. 17-md-02804 (N.D. Ohio). As another example in this District, Keller Rohrback partner Felicia Craick has been appointed to the Plaintiffs' Steering Committee Leadership in the multidistrict litigation against TikTok and other social media companies accused of designing their platforms to addict children. *In re Social Media Adolescent Addiction/Pers. Inj. Prods. Liab. Litig.*, No. 22-md-03047 (N.D. Cal.). She serves as the co-chair of TikTok Discovery, and together with the Keller Rohrback team has helped manage offensive discovery, organize the work of several firms participating in discovery, and has taken depositions of several current and former TikTok employees in the United States and abroad. As described in greater detail below, both the firm and members of Keller Rohrback's team in this case have also been appointed co-lead counsel in numerous data-breach and data-privacy cases. My own experience, and that of the Keller Rohrback team, is detailed in Keller Rohrback's resume, attached hereto as Exhibit A.

3. In these appointments, and the many others in which my colleagues at Keller Rohrback have served in leadership roles, the firm has demonstrated the skill and resources necessary to efficiently prosecute the case and to obtain the best results possible for the class. As described below, the firm has also committed the resources to do the same in this case.

4. I have experience representing both plaintiffs and sophisticated defendants like Apple Inc. After clerkships at the United States Court of Appeals for the District of Columbia Circuit and the United States Supreme Court, I started my litigation career at Jenner & Block LLP in Washington, D.C., helping to litigate energy and commercial litigation cases, regulatory matters, and appeals. I then spent over five years prosecuting criminal cases with the U.S. Attorney's Office for the Western District of Washington. During that time, I prosecuted white collar, environmental, and violent crime. For three years, I was detailed part-time to the U.S. Attorney's Office for the District of Columbia to investigate and prosecute felony and conspiracy charges arising out of the January 6, 2021 riot at the U.S. Capitol building; I led the government team in one of the first jury trials in that set of cases. I later served as the Civil Rights Coordinator for the Western District of Washington, a role in which I was

responsible for prosecuting hate crimes and other civil rights (typically law enforcement misconduct) cases. Since joining the firm in late 2024, I have focused my practice on trial work, including in complex cases. I have served as trial counsel in one of the damages trials in the class action *James, et al. v. PacifiCorp, et al.*, No. 20CV33885 (Or. Cir. Ct., Multnomah Cnty.), which resulted in a $56 million verdict for the plaintiffs. Earlier in the *James* case, my colleagues at Keller Rohrback were appointed co-lead counsel on behalf of thousands of victims of the largest set of wildfires in Oregon history, and litigated a first-in-the-nation class liability trial against a utility company in a wildfire case. I also served as trial counsel representing Alaska in *State v. JUUL Labs, Inc. et al.*, No. 3AN-20-09477 CI (Alaska Super. Ct., 3d Jud. Dist., Anchorage), a liability trial that overlapped significantly with the liability issues litigated in the *In re JUUL Labs* MDL in which Keller Rohrback served as co-lead counsel. I have also been involved in multiple other complex litigations at various stages, including as co-lead trial counsel in an upcoming federal trial on a novel ERISA fiduciary-breach theory, as co-lead partner on a mass-tort wildfire suit brought by the firm, and in helping to manage active environmental and antitrust investigations. If selected, I will devote the time and effort that a case of this magnitude and complexity requires.

5. The team of Keller Rohrback attorneys that I am working with on this matter includes two other senior partners, Derek Loeser and Cari Laufenberg, with significant experience serving in leadership roles in class action and large-scale individual cases. That experience is described below. In addition to Mr. Loeser and Ms. Laufenberg, the team consists of senior partner Benjamin Gould and associate attorneys Chris Ryder, Sam Rubinstein, and Elizabeth Tarbell, who have each contributed significantly to the litigation to date.

6. Mr. Loeser has significant leadership experience in complex class action cases. Among many other leadership appointments, he has served as co-lead counsel in *In re Facebook,* the consumer privacy class action prompted by the Facebook/Cambridge Analytica scandal, which resulted in a $725 million settlement, approved October 11, 2023, and affirmed by the Ninth Circuit on February 13, 2025. The settlement is the largest civil privacy class action settlement in the United States and the most Facebook has paid to resolve a class action. He also served as lead class counsel in *Jabbari*, the

consumer class action regarding Wells Fargo's unauthorized enrollment of consumers in unwanted products and services, which resulted in a $142 million settlement, including a first-of-its kind credit damage reimbursement for bank customers; and as co-lead counsel *In re Wells Fargo COVID Forbearance Settlement Litig.*, No. 2:24-cv-1026 (S.D. Ohio). Other recent high-profile complex and class cases in which Mr. Loeser was appointed or served as lead or co-lead counsel include *In re TikTok, Inc., Minor Privacy Litigation*, MDL No. 3144 (C.D. Cal.) (interim co-lead counsel), *Jabbari* (lead and class counsel), and *In re Microsoft Browser Extension Litig.*, No. 2:25-cv-00088 (W.D. Wash.) (interim co-lead counsel). In 2024, Mr. Loeser was recognized by Law360 as a "Titan of the Plaintiffs Bar." He also has substantial trial experience, both as a trial attorney for the Civil Rights Division of the U.S. Department of Justice and in private practice.

7. Ms. Laufenberg likewise has decades of experience litigating complex class action actions against some of the largest technology and communications companies in the world. She has also served as lead or co-lead counsel in highly technical litigations involving, like this case, sophisticated technology companies and large swaths of data. Recently, she has served as co-lead counsel in large-scale data breach cases, including *In re 23andMe, Inc. Customer Data Sec. Breach Litig.*, No. 23-md-03098 (N.D. Cal.) (co-lead counsel), *In Re: T-Mobile 2022 Customer Data Sec. Breach Litig.*, No. 23-md-03073 (W.D. Mo.) (co-lead counsel), and *In Re: 21st Century Oncology Customer Data Sec. Breach Litig.*, No. 16-md-2737 (M.D. Fla.) (co-lead counsel). In serving as co-lead counsel or supporting co-lead counsel, Ms. Laufenberg has helped favorably resolve sizable MDLs, including *In Re: T-Mobile Customer Data Sec. Breach Litig.*, No. 21-md-03019 (W.D. Mo.) ($350 million settlement) and *In Re: 21st Century Oncology Customer Data Sec. Breach Litig*. Ms. Laufenberg has also served in leadership positions in other prominent consumer class actions, including as Interim Lead Class Counsel in *In re EpiPen ERISA Litig.*, 17-md-02802 (D. Minn.) and on the Plaintiffs' Steering Committee in *In re Oral Phenylephrine Mktg. and Sales Pracs. Litig.*, 23-md-3089 (E.D.N.Y.).

8. Mr. Loeser has been heavily involved in the prosecution of this suit to date, and both he and Ms. Laufenberg will be actively involved going forward. The team and I will rely on their leadership experience and counsel throughout the litigation.

9. Keller Rohrback has also co-counseled with Matthew Butterick of Butterick Law P.C. in preparing and filing the *Hendrix* complaint. Mr. Butterick's experience is detailed in his resume, attached hereto as Exhibit B.

10. Keller Rohrback has worked diligently to initiate this case and move it swiftly toward trial. The firm investigated Apple's large language models, including OpenELM, and identified relevant data sources Apple used to train these models. This investigation revealed that Apple used copyrighted works, including those by the named plaintiffs in this case, to train its artificial intelligence models. Keller Rohrback also identified, interviewed, and has been retained by multiple potential class representatives, including the two named plaintiffs, with whom the firm has worked closely to prepare the case for discovery. Finally, Keller Rohrback has canvassed nearly a dozen experts in the fields of artificial intelligence, large language models, economics, and the book publishing industry, and has interviewed and already retained experts in those fields in anticipation of this litigation. Along with the size of the team that has worked on the case to date, these efforts underscore Keller Rohrback's commitment to timely advancing this case.

11. I, and others at my firm, are dedicated to working collaboratively with our co-counsel, as demonstrated by our agreement to come together with other highly accomplished class action attorneys. From my and my firm's prior experience working with the other proposed interim co-lead counsel, I am confident that we will be an effective and efficient team that will avidly pursue the best possible outcome in this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 21, 2025, in Seattle, WA.

DATED this 21st day of November, 2025.

By *s/ William K. Dreher*
William K. Dreher, *Pro Hac Vice*
Keller Rohrback LLP
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
(206) 623-1900
Fax (206) 623-3384
wdreher@kellerrohrback.com