# EXHIBIT B

# BUTTERICK LAW PC

*"the lawyer leading the human resistance against AI"* — Wired

1920 Hillhurst Ave #406
Los Angeles CA 90027
323 968 2632
mb@butbericklaw.com

Like millions of other authors, artists, and programmers, the copyrighted works of **Matthew Butterick** were taken for the training datasets of commercial generative-AI systems without consent, credit, or compensation. Practicing as Butterick Law PC, Butterick is the primary architect of the first set of cases in the U.S. challenging the legality of generative AI. He now serves as co-counsel in eight cases, representing fellow creators:

- *Doe v. GitHub et al.*, No. 4:22-cv-06823 (N.D. Cal.) and No. 24-7700 (9th Cir.)
- *Andersen v. Stability AI et al.*, No. 3:23-cv-00201 (N.D. Cal.)
- *In re OpenAI, Inc. Copyright Infringement Litigation*, MDL No. 3143 (S.D.N.Y.)
- *Kadrey v. Meta*, No. 3:23-cv-03417 (N.D. Cal.)
- *Nazemian v. NVIDIA*, No. 4:24-cv-01454 (N.D. Cal.)
- *O'Nan v. Databricks*, No. 3:24-cv-01451 (N.D. Cal.)
- *In re Google Generative AI Copyright Litigation*, No. 5:23-cv-03440 (N.D. Cal.)
- *Hendrix v. Apple*, No. 4:25-cv-07558 (N.D. Cal.)

Butterick's legal work is informed by his 30-year career as a professional designer and writer. He is a leading authority on typography and document automation. His book *Typography for Lawyers* received the 2012 Golden Pen Award from the Legal Writing Institute and is trusted by thousands of lawyers and judges worldwide. Butterick designed the typeface Equity, widely used for legal typesetting, including opinions of the U.S. Court of Appeals for the Fifth Circuit and the Court of Appeals of the State of Georgia.

As a software programmer, Butterick is best known for his decades of work in open-source software, including his publishing system Pollen and his work in language-oriented programming.



*Education*

- **Harvard University**
  B.A. *magna cum laude*, 1992
  visual & environmental studies
- **UCLA School of Law**
  J.D., 2007

*Bar admissions*

- State of California
- U.S. District Court for the Central District of California
- U.S. District Court for the Northern District of California
- U.S. Court of Appeals for the Ninth Circuit

*Recognition*

- Lawdragon 100 Leading AI & Legal Tech Advisors, 2024–2025
- Keynote speaker at ProLaLa 2024: Workshop on Programming Languages and the Law