# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| GRADY HENDRIX & JENNIFER ROBERSON, *Individual and Representative Plaintiffs*, v. APPLE INC., *Defendant.* | No. 4:25-cv-07558-YGR<br>No. 4:25-cv-08695-YGR<br>No. 4:25-cv-09090-YGR<br><br>**DECLARATION OF ROHIT D. NATH IN SUPPORT OF PLAINTIFFS HENDRIX & ROBERSON'S MOTION TO APPOINT INTERIM CO-LEAD COUNSEL UNDER FED. R. CIV. P. 23(G)(3)** |
| SUSANA MARTINEZ-CONDE, STEPHEN L. MACKNIK, *Individual and Representative Plaintiffs*, v. APPLE INC., *Defendant.* | |
| TASHA ALEXANDER, An Individual on Behalf of Herself and All Others Similarly Situated, *Plaintiff,* v. APPLE INC., a California Corporation, CRAIG FEDERIGHI, an individual, and JOHN GIANNANDREA, an individual, *Defendants.* | |

Rohit D. Nath declares and states as follows:

1. I am an active member in good standing of the State Bar of California, a partner in the law firm of Susman Godfrey L.L.P. and counsel of record for Plaintiffs in *Hendrix, et al. v. Apple Inc.*, No. 4:25-cv-07558-YGR. I have personal knowledge of the facts set forth herein, and, if called as a witness, would testify competently thereto.

2. I make this declaration in support of Plaintiffs' Motion to Appoint Will Dreher from Keller Rohrback LLP and myself from Susman Godfrey LLP ("Susman Godfrey") as interim co-lead counsel for the Class.

3. Susman Godfrey is committed to devoting substantial time and resources to investigate and advance the claims at issue. Susman Godfrey attorneys have met and conferred with co-counsel about a range of strategic issues, including case management and retention of technical experts. Susman Godfrey attorneys have integrated and worked collaboratively alongside co-counsel to advance this case.

4. Susman Godfrey's experience in complex litigation, class action cases, and copyright matters will be a substantial benefit to the Class and the Court. A copy of Susman Godfrey's firm profile is attached as Exhibit C.

5. Susman Godfrey has extensive experience in handling complex class actions and copyright disputes, including leadership experience in copyright class actions on behalf of authors against AI companies. Working closely with Susman Godfrey partner Justin Nelson, I have been at the forefront of artificial intelligence litigation over the past years. Mr. Nelson and I recently co-wrote an article that lays out and develops one of the key infringement theories related to piracy. *See* Justin A. Nelson, Rohit D. Nath & J. Craig Smyser, "Poisoning the WeLL(M): Pirated Data, Large Language Models, and Copyright," 109 *The Advocate: Texas State Bar Litigation Section Report* 31 (Winter 2024). A copy of the article is included as Exhibit E. On February 6, 2024, Mr. Nelson was appointed as interim co-lead class counsel in *In Re OpenAI, Inc., Copyright Infringement Litigation*, No. 1:25-md-03143-SHS-OTW (S.D.N.Y.).

6. Susman Godfrey also represents the class of copyright holders in *Bartz, et al. v. Anthropic*, 3:24-cv-05417, the case in the Northern District of California that resulted in an historic $1.5 billion settlement for the class. Susman Godfrey is also among the counsel in *Nazemian, et al. v. Nvidia*, 4:24-cv-01454, and *In re Mosaic LLM Litigation*, 3:24-cv-01451, both actions pending in this District.

7. All four Susman Godfrey partners leading prosecution of Plaintiffs' claims against Apple have experience leading similarly complex copyright actions involving the training of large language models.

8. Susman Godfrey frequently litigates some of the largest and most complex cases in the nation, and it has demonstrated that it has the ability and resources to handle such cases effectively and efficiently. Since the firm's founding in 1980, Susman Godfrey has served as lead counsel in hundreds of class actions and complex copyright disputes in courts throughout the country. As one recent accolade, in 2024 Susman Godfrey was named Law 360's Class Action Group of the Year.

9. A sample of Susman Godfrey's complex class action experience includes:

- *Andrea Bartz, et al. v. Anthropic PBC*, No. 3:24-cv-05417 (N.D. Cal) (as co-lead counsel, secured a $1.5 billion settlement, subject to court approval, for the class of copyright holders);

- *Anibal Rodriguez, et al. v. Google LLC, et al.*, No. 3:20-cv-04688 (N.D. Cal.) (as co-lead counsel, won a $425 million jury verdict against Google for continuing to collect users' Internet and application activity even when users turn Google's "Web & App Activity" button off);

- *Melissa Ferrick et al. v. Spotify USA Inc., et al.*, No. 1:16-cv-08412-AJN (S.D.N.Y.) (appointed co-lead counsel for settlement purposes and secured a settlement valued at $112 million on behalf of a class of composition owners for claims of nonpayment of royalties for music streaming);

- *Flo & Eddie, Inc. v. Sirius XM Radio, Inc.*, No. 2:13-cv-05693-PSG-GJS (C.D. Cal.) (appointed co-lead counsel and secured $25.5 million and additional royalties);

- *In re Libor-based Financial Instruments Antitrust Litigation,* No. 11-md-02262 (S.D.N.Y.) (appointed co-lead class counsel and secured $780 million in

settlements for plaintiffs who allege several banks were involved in setting LIBOR and manipulating it to their advantage);

- *In re AXA Equitable Life Insurance Company COI Litigation*, No. 1:16-cv-740 (S.D.N.Y.) (appointed lead counselsecured $307.5 million in nonreversionary cash settlement in insurance breach of-contract action);

- *37 Besen Parkway, LLC v. John Hancock Life Ins. Co. (U.S.A.)*, No. 15-cv-9924 (S.D.N.Y.) (appointed sole interim class counsel in insurance breach-of-contract action and secured $91.25 million all-cash settlement);

- *In re Automotive Parts Antitrust Litigation*, No. 12-md-02311 (E.D. Mich.) (appointed co-lead class counsel and secured over $1.2 billion in settlements to date (the largest indirect purchaser recovery in history) for a class of end payor plaintiffs against dozens of automobile suppliers who engaged in price-fixing and bid-rigging);

- *In Re: Tiktok, Inc Consumer Privacy Litigation*, No. 1:20-cv-04699 (N.D. Ill.) (appointed to Steering Committee to represent plaintiffs in a Biometric Information Privacy Act class action MDL against TikTok and its parent company and obtained a $92 million litigation-wide settlement);

- *White v. NCAA*, No. 07-mc-54 (W.D. Pa.) (appointed co-lead counsel for class of current and former football and basketball players at Division I schools, securing over $200 million in settlements).

10. Susman Godfrey has successfully led several complex class actions in this District. For example, as Court-appointed co-lead counsel in *In re Animation Workers Antitrust Litigation*, No. 14-cv-4062 (N.D. Cal.), Susman Godfrey secured more than $168 million in settlements for a class of animation industry employees in this antitrust action against the largest animation companies, including Disney, Pixar, Lucasfilm, DreamWorks, and Sony, based on restrictions on their ability to compete against one another for talent.

11. Likewise, in *In re Telescopes*, No. 5:20-cv-03639-EJD (N.D. Cal.), Susman Godfrey served as co-lead counsel representing a putative class of indirect purchasers of amateur telescopes impacted by a conspiracy to fix prices and allocate markets for telescopes sold to consumers in the United States. The parties reached a settlement for $32 million, which has been approved and is on appeal.

12. Susman Godfrey attorneys—including the lawyers on this team—routinely take cases through verdict. This includes class cases too. As mentioned above, in *Rodriguez, et al. v. Google LLC, et al.*, 3:20-cv-04688 (N.D. Cal.), after defeating Google's motion to dismiss and its bid for summary judgment, the firm won a $425 million jury verdict for a class of millions of Plaintiffs.

13. Similarly, Susman Godfrey won a jury trial for a class of California residential telephone customers who were overcharged millions by AT&T. The Tenth Circuit upheld the verdict. *See In re Universal Service Fund Telephone Billing Practices Litig.*, 619 F.3d 1188 (10th Cir. 2010). Susman Godfrey will not hesitate to go to trial if it believes that trial is preferable to alternative resolutions.

14. Susman Godfrey's experience, track record of success, and staying power are reflected in its wide recognition as a national leading trial firm, including being named "Litigation Boutique of the Year" in 2023 by The American Lawyer, "Commercial Litigation Firm of the Year" in 2023 by Benchmark Litigation, nominated for Law Firm of the Year in 2023 by The American Lawyer with firms multiples its size, and a firm on "America's Elite Trial Lawyers" by the National Law Journal. In 2024, Susman Godfrey was recognized with Law360's "Class Action Practice Group of the Year" award and its "Entertainment and Media Litigation Practice Group of the Year" award. In 2024 the firm was also named among the few finalists for "Antitrust Firm of the Year," "Technology Firm of the Year" and "Plaintiffs Firm of the Year" by National Law Journal and "Law Firm of the Year" and "Litigation Department of the Year - General Commercial Litigation" by Texas Lawyer. Dozens of the firm's lawyers are recognized every year as "Super Lawyers" and "Rising Stars" in the states where they practice. The firm currently has about 230 lawyers nationwide in its four offices, over 90% of whom served in federal judicial clerkships, including the vast majority on federal appellate courts and ten of whom clerked on the United States Supreme Court.

15. I, Rohit D. Nath, am a Susman Godfrey partner with extensive experience litigating class actions, including those involving allegations of breach of contract and royalty disputes. I

served as co-lead counsel, alongside a team of Susman Godfrey lawyers, in the *AXA COI* ($307.5 million settlement) and *37 Besen* ($91.25 million settlement) matters discussed above. I have co-led Susman Godfrey's prosecution of class actions for copyright infringement involving the training of large language models. In *Bartz v. Anthropic*, I argued in opposition to Anthropic's motion for summary judgment. In the *OpenAI* litigation, I argued motions to compel that were critical in securing key evidence for the Plaintiffs' and Class's claims. I have been recognized as one of the best young lawyers in America by *Lawdragon* and Bloomberg Law. I was also named one of the California Attorneys of the Year by Daily Journal for my successful defense of COVID-19 eviction-protection measures against constitutional challenges. I joined Susman Godfrey after clerking for Judge Alex Kozinski on the United States Court of Appeals for the Ninth Circuit and serving as editor-in-chief of the University of Chicago Law Review. A copy of my attorney profile is included in Exhibit D.

16. Susman Godfrey partner Justin A. Nelson has practiced law for more than twenty years, litigating complex cases in state and federal courts throughout the United States. He has served as an adjunct professor at the University of Texas School of Law. He is a former law clerk to the Honorable Sandra Day O'Conner of the United States Supreme Court and to the Honorable J. Harvie Wilkinson III of the United States Court of Appeals for the Fourth Circuit. In 2023, he represented Dominion Voting Systems against Fox News in helping secure the landmark $787.5 million settlement arising from the latter's defamatory news coverage claiming that Dominion's voting machines were responsible for massive voter fraud during the 2020 U.S. presidential election. The settlement is believed to be the largest defamation settlement in history. The Court in *Dominion v. Fox* publicly noted that "I have been on the bench since 2010 . . . this is the best lawyering I've had, ever." He routinely represents clients in high-stakes and complex litigation, including helping secure a nine-figure settlement against a large rental car company for a group of people who alleged they had been falsely arrested—a set of cases that spanned multiple courts and jurisdictions, including bankruptcy court.

17. Mr. Nelson is also a leader in AI litigation, serving as an American Law Institute panel member on Civil Liability for Artificial Intelligence. He has co-led the Susman Godfrey team in numerous lawsuits asserting copyright infringement claims against artificial intelligence companies that have copied enormous numbers of copyrighted works without permission, including *Andrea Bartz et al. v. Anthropic PBC*, No. 3:24-cv-05417, in the Northern District of California before the Honorable Judge William Alsup and *In Re Mosaic LLM Litigation*, No. 3:24-cv-01451, in the Northern District of California before the Honorable Charles Breyer. He was also recently appointed as interim lead class counsel in *In re OpenAI, Inc., Copyright Infringement Litigation*, No. 1:25-md-03143-SHS-OTW (S.D.N.Y. May 30, 2025), ECF No. 83. He recently argued the preliminary approval hearings and the class certification hearing and presented the technology tutorial in the *Anthropic* litigation. In 2024, he was nominated for Litigator of the Year by the *American Lawyer*. Among other awards, he has been named as one of the leading 500 litigators and plaintiff financial lawyers in America by *Lawdragon*, one of the few litigators on *The Hollywood Reporter*'s list of Hollywood's Top 100 Attorneys, was recently named one the Top 250 lawyers by *Forbes*, and also been repeatedly recognized as American Lawyer's Litigator of the Week and a Benchmark Litigation, Litigation Star. A copy of Justin A. Nelson's attorney profile is included in Exhibit D.

18. Susman Godfrey partner Alejandra C. Salinas is an experienced trial lawyer who has litigated complex cases in state and federal courts throughout the United States. She has been a key member of the leadership team in Susman Godfrey's litigation of several cases involving copyright infringement and the training of large language models. Ms. Salinas has led defensive discovery for more than 40 individuals and entities in the ongoing litigation against Anthropic, OpenAI, and Microsoft, preparing and defending depositions, successfully briefing and arguing multiple motions, and managing written discovery, third party subpoenas, and document collection. She has also driven key aspects of offensive discovery, including deposing a key witness and assisting with case development and expert strategy. She has amassed an impressive collection of litigation victories and favorable settlements for clients who vary from Fortune 500 industry leaders

to a class of indigent detainees, including a recent $37.5 million jury verdict. Most recently, as a part of a court-appointed leadership team, Ms. Salinas secured a $32 million dollar settlement on behalf of a class of telescope purchasers. She has been recognized as one of the best young lawyers in America by *Lawdragon*, a Texas Rising Star by Thomas Reuters Super Lawyer, and among Houston's 50 Top Women in Law by the National Diversity Council. Ms. Salinas joined Susman Godfrey after clerking for Chief Judge Emeritus Sidney R. Thomas on the United States Court of Appeals for the Ninth Circuit A copy of Alejandra C. Salinas's attorney profile is included in Exhibit D.

19. Susman Godfrey partner Jordan Connors is a trusted litigator with a nationwide practice serving clients in high stakes matters in both state and federal court. Connors served as counsel to the largest political subdivisions in the largest state in the nation—including the University of California system, the California State University System, and the County of Los Angeles—in a landmark suit against the "Big 4" wireless carriers, Verizon, AT&T, Sprint, and TMobile for fraudulently over-billing the government. Connors' clients secured record settlements valued at $175 million. And in the nationally followed environmental matter, *In re Flint Water Crisis Litigation*, Connors represents a class of tens of thousands of Flint residents impacted by the Flint water crisis, for whom he secured a $641 million settlement with multiple government defendants. Mr. Connors is also counsel for more than 35 property owners on Whidbey Island, asserting a claim against the United States Navy in the U.S. Court of Federal Claims based on the Navy's substantial increase in EA-18G Growler flight operations at a small landing strip near plaintiffs' properties. Connors has been recognized by *Law & Politics Magazine* as a "Rising Star" every year since 2013, an honor bestowed on 2.5 percent of attorneys in the state of Washington for "demonstrated excellence in the practice of law." A copy of Jordan Connors' attorney profile is included in Exhibit D.

20. Susman Godfrey associate Eleanor Runde has served plaintiffs and defendants in high stakes commercial litigation. She joined Susman Godfrey after clerking for the Honorable M. Margaret McKeown of the United States Court of Appeals for the Ninth Circuit. A co-author of a

bestselling book on the future of artificial intelligence, she brings significant subject-matter expertise to the team. A copy of Eleanor Runde's attorney profile is included in Exhibit D.

## AFFIRMATION

21. I, Rohit D. Nath, declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge and that this declaration was executed in Los Angeles, CA on November 21, 2025.

/s/ Rohit D. Nath
Rohit D. Nath (SBN 316062)

**SUSMAN GODFREY, LLP**

*Proposed Interim Co-Lead Counsel*