1 | Joseph R. Saveri (State Bar No. 130064)
  | Christopher K.L. Young (State Bar No. 318371)
2 | JOSEPH SAVERI LAW FIRM, LLP
  | 601 California Street, Suite 1505
3 | San Francisco, California 94108
  | Telephone: (415) 500-6800
4 | Facsimile:  (415) 395-9940
  | Email:      jsaveri@saverilawfirm.com
5 |             cyoung@saverilawfirm.com

*Attorneys for Plaintiffs in the Martinez-Conde Action*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| GRADY HENDRIX and JENNIFER ROBERSON, *Individual and Representative Plaintiffs,* v. APPLE INC., *Defendant.* | Case Nos.   4:25-cv-07558-YGR<br>4:25-cv-08695-YGR<br>4:25-cv-09090-YGR<br><br>**DECLARATION OF CHRISTOPHER K.L. YOUNG IN SUPPORT OF THE APPLICATION OF CHRISTOPHER K.L. YOUNG OF THE JOSEPH SAVERI LAW FIRM, LLP FOR APPOINTMENT AS INTERIM CLASS COUNSEL PURSUANT TO FED R. CIV. P. 23(G)(3)** |
| SUSANA MARTINEZ-CONDE and STEPHEN L. MACKNIK, *Individual and Representative Plaintiffs,* v. APPLE INC., *Defendant.* | |
| TASHA ALEXANDER, *Individual and Representative Plaintiff,* v. APPLE INC., et al *Defendants.* | |

Case No. 4:25-cv-07558-YGR

DECLARATION OF CHRISTOPHER K.L. YOUNG IN SUPPORT OF THE APPLICATION OF CHRISTOPHER K.L. YOUNG OF THE JOSEPH SAVERI LAW FIRM, LLP FOR APPOINTMENT AS INTERIM CLASS COUNSEL

I, Christopher K.L. Young, hereby declare as follows:

1. I am a Partner at the Joseph Saveri Law Firm, LLP ("JSLF"). I am counsel of record for Plaintiffs Susana Martinez-Conde and Stephen L. Macknik ("*Martinez-Conde* Plaintiffs") in this matter. I submit this Declaration in support of the proposed leadership plan consisting of JSLF and me serving as Interim Class Counsel. I have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could and would testify competently to them. I make this Declaration pursuant to 28 U.S.C. §1746.

2. I have built my career litigating cutting-edge cases on the frontiers of generative-AI copyright law and other domains of law. I am one of the chief architects of the legal arguments that successfully demonstrated the plausibility of raising direct infringement claims on behalf of copyright claimants for the use of their works to develop generative-AI models.[1] Since then, I have led from the front in various generative-AI cases to develop and pioneered legal theories in this still-developing and unsettled area of the law. For example, I have taken the depositions of approximately a dozen fact witnesses in AI copyright cases, ranging from highly-technical depositions of engineers to high-level executives. In addition, I have deposed and defended multiple experts, producing critical evidence in highly technical and sophisticated domains. As a result of these efforts, my law firm and I have been widely recognized as leaders in this area of litigation and the law.[2]

3. JSLF is a law firm with offices in San Francisco, California, and New York, New York. A description of the firm, biographical information of JSLF's lawyers, the accolades and honors earned by JSLF, and a description of JSLF's practice and cases can be found at **Exhibit A**.

4. JSLF has managed some of the nation's most important and complex cases. Representative examples of JSLF's recent appointments as lead counsel in cases involving a range of subject matter include: *In re Mosaic LLM Litig.*, 3:24-cv-01451-CRB (N.D. Cal.) (involving artificial intelligence products); *In re Capacitors Antitrust Litig.*, No. 17-md-02801-JD (N.D. Cal.); *In re Restasis*

---

[1] *E.g.*, *Andersen v. Stability AI, Ltd.*, 700 F. Supp. 3d 853, 863-64 (N.D. Cal. Oct. 30, 2023) (first case denying a motion to dismiss direct infringement claims in generative-AI case).

[2] *See e.g.*, *The Battle Over Books3 Could Change AI Forever,* Wired Mag, (Sept. 4, 2023) https://www.wired.com/story/battle-over-books3.

*Antitrust Litig.*, MDL No. 02819 (NG) (LB) (E.D.N.Y); *In re High-Tech Emp. Antitrust Litig.*, No. 5:11-cv-02509 (N.D. Cal.); *In re Cipro Cases I and II*, JCCP Nos. 4154 and 4220 (San Diego County Sup. Ct.); *In re Outpatient Med. Ctr Emp. Antitrust Litig.*, No. 1:21-cv-00305 (E.D. Ill.); *In Re: Visa Debit Card Antitrust Litig.*, No. 1:24-cv-07435-JGK (S.D.N.Y.); *Jones v. Varsity Brands, LLC*, No. 2:20-cv-02892-SHL (W.D. Tenn.); and *Le v. Zuffa, LLC* d/b/a/ Ultimate Fighting Championship, No. 2:15-cv-01045-RFB (D. Nev.).

5. JSLF has received a "Band 1" (highest ranking) from Chambers and Partners in its "Antitrust: Mainly Plaintiff—California" category and likewise received high marks nationally. The firm has also received high praise from The Legal 500 and Benchmark Litigation. The American Antitrust Institute honored JSLF with its award for Outstanding Antitrust Litigation Achievement in Private Law Practice in 2017, 2023, and 2025. Best Lawyers/U.S. News & World Report has named JSLF among the Best Law Firms from 2013 to the present, and the California *Daily Journal* has selected JSLF as one of the "Top Boutiques in California" three times.

6. JSLF attorneys serve in leadership positions in the American Bar Association's Antitrust Section, the California Lawyer's Association section on Antitrust, Unfair Competition and Privacy Law, and other organizations. To date, the firm's attorneys have generated over $5 billion in settlements and resolutions for our clients.

7. JSLF has assembled a team of accomplished and acclaimed lawyers and professional staff to litigate this case. Each brings unique skills and experience that will serve the best interests of the Class. The JSLF lawyers who will be litigating this case are myself, JSLF Founder and Managing Partner Joseph R. Saveri, Alexandra Fernandez, Holden Benon, and Louis Kessler. They will be accompanied by the JSLF's professional support staff.

**Christopher K.L. Young**

8. I am a 2017 graduate of UCLA School of Law. I was admitted to the California Bar in 2017. Upon my graduation from law school, I worked as a post-bar fellow at the Los Angeles County Public Defender's Office. Thereafter, prior to joining JSLF, I was a law clerk for Associate Justice Lamar W. Baker of the California Second District Court of Appeal, Division Five, where I drafted opinions on a

wide swath of legal issues.

9. In 2019, I joined JSLF and was promoted to partner in 2023. I specialize in complex civil and class-action litigation in both federal and state courts, often in cutting-edge cases on the frontiers of the law. I have played important roles in all phases of litigation, from inception to trial. My work is exemplified by my work on the *Capacitors* trial. As a then-leading associate, I played a vital role in coordinating the massive price-fixing litigation as JSLF litigated summary judgment, and tried the case in 2020 for two weeks before the COVID-19 virus caused a mistrial, and before the case was tried again in November and December of 2021.

10. Few attorneys have as much experience as I do litigating cases against generative-AI companies. I, along with other attorneys at JSLF including firm founder, Joseph R. Saveri, were among the first to challenge the use of copyrighted materials to build generative-AI models, including the use of illicit Books3 dataset at issue here. I was one of the chief architects of the legal arguments that successfully demonstrated the plausibility of raising direct infringement claims on behalf of owners of registered copyrights against generative-AI companies who used their works without authorization to develop AI models. Since then, I have continued to pioneer this developing area of law and leading from the front. By way of example, there are likely few, if any, lawyers in the United States who have taken as many sophisticated and highly technical fact depositions in generative-AI cases of engineers and executives, including the authors of seminal industry research papers, as myself. I have also taken and defended critical expert depositions in generative-AI cases, producing critical evidence in various highly technical domains.

11. I have been recognized for my accomplishments in the complex litigation bar. My successful advocacy on behalf of my and JSLF's clients has resulted in significant awards and numerous accolades, including being recognized as a 2025 "Rising Star" by Law360, a "Next Generation Partner" by the Legal 500, by the California *Daily Journal*s "40 Under 40" list, and a "Rising Star of the Plaintiffs Bar" in the *National Law Journal*'s Elite Trial Lawyer Awards, and as a "Lawyer on the Fast Track (Under 40)" by *The Recorder*, among others. I have earned a reputation for being a tenacious advocate during all phases of litigation, including as a core member of the trial team in several

groundbreaking cases,[3] while adhering to the highest level of respect for my ethical responsibilities to the tribunal as well as to opposing counsel.

12. In addition to my legal work for my clients, I spend considerable time focusing on mentorship in both the legal and my local Bay Area community. I serve in leadership positions in various bar organizations, including the Antitrust Section of the American Bar Association, the California Lawyers Association, as well as the Asian American Bar Association of the Greater Bay Area. Furthermore, I am regularly invited to give lectures or to participate in panels with respect to issues involving AI. I also frequently serve as a panelist or moderator in various events, most often events focusing on developing skills for early-career lawyers or law students. Finally, I also volunteer my time to local organizations, including volunteering as an essay-reviewer for students applying to colleges.

***Joseph R. Saveri***

13. I am leading JSLF's team on this case along with JSLF Founder and Managing Partner, Joseph R. Saveri. Mr. Saveri has 35 years of experience in class action and other complex litigation, including leading dozens of multidistrict and other class actions, and is one of the most accomplished and respected attorneys in the country.[4]

14. Mr. Saveri was included in Lawdragon's inaugural list of Leading AI & Legal Tech Advisors and named by the California *Daily Journal* as one of the Top Artificial Intelligence Lawyers in California in 2024. As a result of his advocacy in AI-related cases, Mr. Saveri has also been featured in 2024 by the *Daily Journal* as a Top Intellectual Property Lawyer. A few months ago, *Law360* recognized him as one of its prestigious "Titans of the Plaintiffs Bar." In addition, Mr. Saveri has developed a reputation as one of the nation's leading attorneys specializing in antitrust law and class actions. Mr. Saveri is rated an AV preeminent by LexisNexis Martindale-Hubbell and has consistently been ranked a "Band 1" (highest ranking) attorney by Chambers USA in its "Antitrust: Mostly Plaintiff" and

---

[3] *E.g.*, *Le v. Zuffa*, 15-cv-01045 (D. Nev.); *In re Capacitors Antitrust Litig.*, 17-md-02801 (N.D. Cal.).

[4] For example, David Balto, former policy director at the FTC described Mr. Saveri as the "Michael Jordan of plaintiffs' antitrust." *See* Melissa Lipman, *Lieff Cabraser Antitrust Chief to Launch Own Firm*, LAW360 (May 1, 2012), *available at* https://www.law360.com/articles/335937/lieff-cabraser-antitrust-chief-to-launch-own-firm.

"Antitrust: Plaintiff" categories for many years. Mr. Saveri will serve as a senior partner overseeing this litigation.

*Alexandra Fernandez*

15. Ms. Fernandez is counsel at JSLF and has 18 years of experience in complex commercial litigation, including multi-district cases and class actions. Ms. Fernandez has been recognized as a Rising Star (Super Lawyers) by her colleagues. Over the course of her career, she has managed all phases of civil litigation, including discovery, summary judgment, trial, appeal, and settlement. Ms. Fernandez obtained numerous favorable verdicts as lead counsel and second chair in both state and federal courts, and prepared over a dozen additional matters for trial before playing a vital role negotiating successful resolutions. Ms. Fernandez is currently representing artists in a copyright class-action lawsuit against generative-AI companies Stability AI, Inc., Stability AI Ltd., Midjourney, Inc., Runway AI, Inc., and DeviantArt, Inc. in *Andersen v. Stability AI, Inc.,* No. 3:23-cv-00201-WHO (N.D. Cal.).

*Holden Benon*

16. Mr. Benon is a senior associate at JSLF. He was an associate at an AmLaw100 law firm in San Francisco where he obtained significant experience representing plaintiffs and defendants in federal district court and appellate courts. Over the past seven years, his practice has focused on intellectual property enforcement and insurance coverage litigation. Among his various accomplishments, Mr. Benon successfully litigated a plaintiff-side copyright infringement matter he brought to his firm as a second-year associate. He has devoted the last two years of his practice to generative-AI litigation. Mr. Benon has spoken at The Sedona Conference regarding artificial intelligence discovery, as well as several insurance trade association events regarding insurance and artificial intelligence. This year, Super Lawyers named Mr. Benon a "Rising Star" and Best Lawyers selected him as "One to Watch."

*Louis Kessler*

17. Louis Kessler is counsel at JSLF. Mr. Kessler is a graduate of the University of Chicago Law School and has over 20 years of experience in complex class action litigation and appeals. His breadth of experience includes major antitrust, securities fraud, and consumer fraud class actions and

more recently AI copyright litigations. Mr. Kessler has served as counsel for copyright owners at JSLF in AI copyright cases since their inception including on *Doe 1 v. GitHub, Inc.*; *Andersen v. Stability AI Ltd.*; and *In re Google Generative AI Copyright Litig.*,

18. Attached hereto as **Exhibit B** is the roster of JSLF attorneys with principle responsibility for litigating this case.

19. JSLF routinely advances significant costs of litigation without the use of outside litigation funds and is prepared to do so here.[5] JSLF is comprised of highly experienced attorneys and has ample support staff to manage and staff a large, complex action such as this one, and to do so in a cost-efficient manner.

20. Furthermore, in order to ensure efficiency and transparency regarding attorneys' fees and costs, in cases in which the firm has been appointed as lead counsel, we have proposed time and expense guidelines to be approved by the Court. These time and expense guidelines have been refined over time and reflect best practices gleaned through experience and have been approved by other courts. A proposed Time and Expense Protocol is attached herewith as **Exhibit C**.

**Development of this Case**

21. My firm conducted significant and independent investigation of this case prior to filing the initial Complaint on October 9, 2025. JSLF attorneys began investing potential claims against Apple for infringing the registered copyrighted works of the Class as early as August 2024, including Apple's use of the Books3 dataset. These efforts included researching the details of Defendants' generative-AI products and companies, investigating the AI industry as it relates to Defendant, and evaluating Plaintiffs' claims under federal and state law.

22. On September 23, 2025, Plaintiffs Susana Martinez-Conde and Stephen L. Macknik retained JSLF to pursue class claims against Apple for training its models on copyrighted works. The *Martinez-Conde* Action was filed against Apple on October 9, 2025.

---

[5] JSLF invested almost $9 million itself in connection with the pending *Capacitors* litigation, including taking the case to trial—twice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 21, 2025

By:     */s/ Christopher K.L. Young*
        Christopher K.L. Young

Joseph R. Saveri (State Bar No. 130064)
Christopher K.L. Young (State Bar No. 318371)
Alexandra Fernandez (State Bar No. 330518)
Holden Benon (State Bar No.325847)
Louis Kessler (State Bar No.243703)
Avery Wolff (*pro hac vice* anticipated)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:   (415) 395-9940
Email:       jsaveri@saverilawfirm.com
             cyoung@saverilawfirm.com
             afernandez@saverilawfirm.com
             hbenon@saverilawfirm.com
             lkessler@saverilawfirm.com
             awolff@saverilawfirm.com

*Attorneys for Plaintiffs in the Martinez-Conde Action*