# EXHIBIT B

# Joseph Saveri Law Firm, LLP

## Leadership Team Members



**Christopher K.L. Young**: In just his fourth year of practice, Christopher K.L. Young was promoted to the firm's partnership. He has built his career litigating cutting-edge cases on the frontiers of copyright law. Few attorneys have as extensive experience in generative-AI litigation as Mr. Young. He is one of the chief architects of the legal arguments that successfully demonstrated the plausibility of raising direct infringement claims on behalf of copyright claimants for the use of their works to develop generative-AI models. Since then, Mr. Young has led from the front in various generative-AI cases to develop and pioneer legal theories in this still-developing and unsettled area of the law.

Mr. Young has already been recognized for his many accomplishments in the complex litigation bar. His successful advocacy on behalf of his and the firm's clients has resulted in significant awards and numerous accolades, including being recognized as a 2025 "Rising Star" by Law360, a "Next Generation Partner" by the Legal 500, by the California *Daily Journal's* "40 Under 40" list, and a "Rising Star of the Plaintiffs Bar" in the *National Law Journal*'s Elite Trial Lawyer Awards, among others. He regularly speaks before prestigious legal organizations, including the American Bar Association and the American Antitrust Institute, and he has discussed generative artificial intelligence litigation at various venues.



**Joseph R. Saveri**: With 35 years of civil litigation experience, Joseph R. Saveri is widely recognized as one of the country's top litigators in the antitrust field and has investigated, prosecuted, and successfully resolved numerous antitrust class actions and other complex cases. These include cases involving generative artificial intelligence, drug pricing, international price-fixing cartels, illegal "no-poach" employment contracts, sports, and other types of cases. As lead or co-lead counsel, he has served as lead trial counsel and has taken a personal leadership role in organizing litigation, setting strategy, establishing and directing teams of lawyers, and resolving cases efficiently and consistently within the interests of justice. He has served as a Lawyer's Representative for the Northern District of California and the Ninth Circuit. He was Managing Partner of Lieff Cabraser Heimann & Bernstein, LLP before founding the Joseph Saveri Law Firm in 2012.

Mr. Saveri has received numerous professional accolades in the generative artificial intelligence practice area and beyond. He was included in Lawdragon's inaugural list of Leading AI & Legal Tech Advisors and has been named by the California *Daily Journal* as one of the Top Artificial Intelligence Lawyers in California. As a result of his advocacy in AI-related cases, Mr. Saveri has also been featured by the *Daily Journal* as a Top Intellectual Property Lawyer. Earlier this month, *Law360* recognized him as one of its prestigious "Titans of the Plaintiffs Bar."

## Litigation Team Members



**Alexandra Fernandez**: Alexandra Fernandez is counsel at JSLF and has 18 years of experience in complex commercial litigation, including multi-district cases and class actions. Ms. Fernandez has been recognized as a Rising Star (Super Lawyers) by her colleagues in both states. Over the course of her career, she has managed all phases of civil litigation, including discovery, summary judgment, trial, appeal, and settlement. Ms. Fernandez obtained numerous favorable verdicts as lead counsel and second chair in both state and federal courts, and prepared over a dozen additional matters for trial before playing a vital role negotiating successful resolutions. Ms. Fernandez is currently representing artists in a copyright class-action lawsuit against generative AI companies Stability AI, Inc., Stability AI Ltd., Midjourney, Inc., Runway AI, Inc., and DeviantArt, Inc. in *Andersen. v. Stability AI, Inc.,* No. 3:23-cv-00201-WHO (N.D. Cal.).



**Holden Benon**: Holden Benon is a senior associate at JSLF. He was an associate at an AmLaw100 law firm in San Francisco where he obtained significant experience representing plaintiffs and defendants in federal district court and appellate courts. Over the past seven years, his practice has focused on intellectual property enforcement and insurance coverage litigation. Among his various accomplishments, Mr. Benon successfully litigated a plaintiff-side copyright infringement matter he brought to his firm as a second-year associate. Mr. Benon has devoted the past two years of his practice exclusively to generative AI litigation on behalf of plaintiffs. Mr. Benon has spoken at The Sedona Conference regarding artificial intelligence discovery, as well as several insurance trade association events regarding insurance and artificial intelligence. This year, Super Lawyers named him as a "Rising Star" and Best Lawyers selected him as "One to Watch."



**Louis Kessler**: Louis Kessler is of counsel at the firm and has 23 years of experience in complex class litigation. Most recently he has been litigating the firm's AI copyright cases against defendants Microsoft, OpenAI, GitHub, Google, Midjourney, and Stability AI. Mr. Kessler has devoted his career to advocating and seeking redress for consumers, investors, artists, employees, and small businesses harmed by fraud and other illegal business practices, and to creating effective deterrents to such practices.