# EXHIBIT C

If appointed to serve as Interim Class Counsel for the proposed class, the Joseph Saveri Law Firm, LLP ("JSLF") will implement the following protocols to ensure the efficient prosecution of this action and the ability to present the Court with clear and definitive records concerning fees and expense.

## PROPOSED TIME KEEPING AND EXPENSE PROTOCOLS

I.  **WORK AUTHORIZATION IN THIS LITIGATION**

    A.    **Counsel Authorization**. No firms other than Interim Class Counsel will perform work on this matter without the prior authorization of the Court or Interim Class Counsel.

    B.    **Review by Counsel**. Interim Class Counsel will allow only those attorneys designated by Interim Class Counsel to work on this case to review or summarize pleadings, orders, and communications for the common benefit of the class whose time will be considered for submission to the Court for possible payment or lodestar analysis.

    C.    **Depositions.** Interim Class Counsel shall exercise discretion, judgment and prudence to limit the number of attorneys authorized to participate in any given deposition in order to avoid over-staffing and inefficiency.

    D.    **Submission Timeline**. Within fourteen days of the end of each calendar month, any firm that has performed authorized work shall transmit time entries to Interim Class Counsel that conforms with the requirements herein.

    E.    **Subject to Review**. All time and expense submissions will be subject to review by Interim Class Counsel, and, if requested, the Court.

## II. TIME SUBMISSION DETAILS

    A. **Contemporaneous Records.** All timekeepers must record time accurately and contemporaneously with the work performed. Where practicable, timekeepers should use the Litigation Code Set of the American Bar Association's Uniform Task-Based Management System.

    B. **Reporting Increments.** Block-billing is not permitted. All time must be recorded by task. Each timekeeper is responsible for specifying the amount of time spent for each task performed.

    C. **Detailed Descriptions**. Timekeepers must contemporaneously record specific and detailed descriptions of the work performed. The subject matter and other counsel involved in any task must be included in the description.

    D. **Submission to Interim Class Counsel**. All timekeepers should input time into an electronic timekeeping system by the end of each day; or, if any attorney records time through handwritten notes, the attorney or support staff should input the handwritten entries into timekeeping software by the close of each calendar month. Time spent entering time is not billable to the proposed class.

    E. **Non-Duplicative Work**. Time reported must be reasonable and necessary and shall not exceed the fair value of services performed. Unnecessarily duplicative work by multiple lawyers in the same firm will not be compensable and should not be submitted.

    F. **Billing Rates**. Professional time is to be reported using the usual and customary billing rates current for that person at the time the work was performed.

    G.    **Court Attendance**. Interim Class Counsel will take the lead on most appearances in Court but are expected to provide opportunities for younger lawyers. Attendance or appearance in Court will be compensable only when approved in advance by Interim Class Counsel.

    H.    **Contract Attorneys/Document Review**. No contract attorneys should be assigned to review documents in this case without prior written approval from Interim Class Counsel. The hourly rate for all document reviewers will be their usual and customary hourly rate but shall not exceed $240.00 per hour, and counsel shall maintain a record of actual costs incurred in retaining contract attorneys. No contract lawyer should spend more than 8 hours per day reviewing documents. Any time spent above 8 hours a day shall not be compensable unless prior approval is received from Interim Class Counsel.

### III.    EXPENSE REPORTING DETAILS

    A.    **Receipts.** The original receipts for all expenses incurred that substantiate the information in monthly expense reports must be maintained by each firm and timely submitted if requested by the Court or Interim Class Counsel.

    B.    **Arrears.** Any time or expenses submitted more than one month in arrears will not be considered or included in any compilation of compensable time or expenses and will be disallowed, except for good cause shown and with approval of the Court or Interim Class Counsel.

    C.    **Airfare**. Attorneys will only be reimbursed for air travel at a prevailing economy plus class rate at the time travel is booked for all domestic flights. It shall be the

       obligation of any attorney submitting reimbursement requests for air travel to maintain records showing such rates.

**D.**    **Per Diem Expenses**. Reasonable per diem expenses will not exceed $100.00 per day per person for domestic meals and $125.00 per day per person for international meals. Alcohol and hotel mini-bar expenses will not be billed to the case.

**E.**    **Travel Accommodations**. Counsel will select reasonable hotel accommodations and restaurants.