*Counsel Listed in Signature Blocks*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| GRADY HENDRIX, JENNIFER ROBERSON, SUSANA MARTINEZ-CONDE, STEPHEN L. MACKNIK, AND TASHA ALEXANDER, <br><br>*Individual and representative plaintiffs,*<br><br>V.<br><br>APPLE INC., CRAIG FEDERIGHI, AND JOHN GIANNANDREA,<br><br>*Defendants*. | No. 4:25-cv-07558-YGR<br><br>**STIPULATION TO CONTINUE HEARING ON MOTIONS FOR LEADERSHIP FROM DECEMBER 30, 2025 TO JANUARY 27, 2026 AND [PROPOSED] ORDER**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

**STIPULATION**

Plaintiffs Grady Hendrix and Jennifer Roberson, (the "*Hendrix* Plaintiffs"), Plaintiffs Susana Martinez-Conde and Stephen L. Macknik, (the "*Martinez-Conde* Plaintiffs"), Plaintiff Tasha Alexander, (the "*Alexander* Plaintiffs") in this consolidated action entitled *Hendrix v. Apple Inc.*, No. 4:25-cv-07558 (N.D. Cal.), jointly request that the hearing on the three pending Motions for Leadership (ECF Nos. 57, 59 & 60), currently scheduled for December 30, 2025 at 2 pm be continued to January 27, 2026 at 2 pm. Defendants Apple Inc., Craig Federighi, and John Giannandrea (collectively with Plaintiffs, the "Parties") do not oppose the request and stipulate to the proposed continuance.

1. Whereas the parties stipulated to a briefing schedule under which the plaintiffs agreed to file their applications for appointment of leadership no later than November 21, 2025, and the parties further agreed to file their responses to these motions no later than December 5, 2025. (ECF No. 39-1).

2. Whereas, on November 14, 2025, the Court entered an Amended Order on the Parties Stipulation to Consolidate Cases and Set Briefing Schedule and Order (ECF No. 42).

3. Whereas the parties did not stipulate to a hearing date in the Stipulation to Consolidate Cases and Set Briefing Schedule. (ECF No. 39-1).

4. Whereas December 30, 2025 conflicts with a proposed co-lead counsel's pre-planned vacation schedule, and the next available date upon which all the parties are available and is also available on the Court's Civil Law and Motion Calendar, is January 27, 2026 at 2 pm.

NOW, THEREFORE, IT IS STIPULATED AND AGREED, subject to Court approval, as follows:

1. The Parties stipulate, subject to this Court's approval, that the hearing set for December 30, 2025 at 2 pm on Plaintiffs' Motions for Leadership is continued to January 27, 2026 at 2 pm.

RESPECTFULLY SUBMITTED this 10th day of December, 2025.

DATED this 10th day of December, 2025.

**COTCHETT, PITRE & MCCARTHY, LLP**

By: */s/ Karin B. Swope*
Karin B. Swope (*pro hac vice*)
Thomas E. Loeser, Cal. Bar No. 202724
Andrew Fuller (*pro hac vice* to be filed)
Jacob M. Alhadeff (*pro hac vice* to be filed)
1809 7th Ave., Ste. 1610
Seattle, WA 98101
Tel: (206) 802-1272
Fax: (206) 299-4184
kswope@cpmlegal.com
tloeser@cpmlegal.com
afuller@cpmlegal.com
jalhadeff@cpmlegal.com

Joseph W. Cotchett, Cal. Bar No. 36324
Brian Danitz, Cal. Bar No. 247403
Gia Jung, Cal. Bar No. 340160
Caroline Yuen, Cal. Bar No. 354388
840 Malcom Road
Burlingame, CA 94010
Tel: 650-697-6000
Fax: 650-697-0577
jcotchett@cpmlegal.com
bdanitz@cpmlegal.com
gjung@cpmlegal.com

**KELLER ROHRBACK L.L.P.**

By: */s/ Benjamin Gould*
Derek W. Loeser, *Pro Hac Vice*
Benjamin Gould (SBN 250630)
Chris N. Ryder, *Pro Hac Vice*
William K. Dreher, *Pro Hac Vice*
Elizabeth W. Tarbell, *Pro Hac Vice*
Samuel Rubinstein, *Pro Hac Vice*
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
(206) 623-1900
Fax (206) 623-3384
bgould@kellerrohrback.com
dloeser@kellerrohrback.com
cryder@kellerrohrback.com
wdreher@kellerrohrback.com
etarbell@kellerrohrback.com
srubinstein@kellerrohrback.com

**BUTTERICK LAW PC**

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
mb@butboricklaw.com

cyuen@cpmlegal.com

**BLEICHMAR FONTI & AULD LLP**

By: */s/ Anne K. Davis*
Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267090)
Joshua D. Samra (SBN 313050)
1330 Broadway, Suite 630
Oakland, CA 94612
Tel. (415) 445-4003
lweaver@bfalaw.com
adavis@bfalaw.com
jsamra@bfalaw.com

*Attorneys for Plaintiff Tasha Alexander*

**LATHAM & WATKINS LLP**

By: */s/ Andrew M. Gass*
Andrew M. Gass (Bar No. 259694)
 andrew.gass@lw.com
Joseph R. Wetzel (Bar No. 238008)
 joe.wetzel@lw.com
Melanie M. Blunschi (Bar No. 234264)
 melanie.blunschi@lw.com

**SUSMAN GODFREY L.L.P.**

Justin A. Nelson (pro hac vice)
Alejandra C. Salinas (pro hac vice)
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Tel. (713) 653-7802
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel. (310) 789-3100
rnath@susmangodfrey.com

Jordan Connors, (pro hac vice)
Eleanor Runde (pro hac vice)
401 Union Street, Suite 3000
Seattle, WA 98101
Tel. (206) 516-3880
jconnors@susmangodfrey.com
erunde@susmangodfrey.com

*Attorneys for Hendrix Plaintiffs*

**JOSEPH SAVERI LAW FIRM, LLP.**

By: */s/ Christopher K.L. Young*
Joseph R. Saveri (State Bar No. 130064)
Christopher K.L. Young (SBN 318371)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com

*Attorneys for Martinez-Conde Plaintiffs*

505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

Elana Nightingale Dawson (*Pro hac vice*)
  elana.nightingaledawson@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

*Attorneys for Defendants Apple Inc., Craig Federighi, and John Giannandrea*

### SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file **STIPULATION TO CONTINUE HEARING DATE AND [PROPOSED] ORDER**. Pursuant to Local Civil Rule 5-1(i)(3) regarding signatures, I, Karin B. Swope, attest that the other signatories have concurred in the filing of the document.

Dated: December 10, 2025                    /s/ *Karin B. Swope*
                                            Karin B. Swope

**[PROPOSED] ORDER GRANTING STIPULATION**

**IT IS SO ORDERED.**

Dated: December 10, 2025

Hon. Yvonne Gonzalez Rogers
United States District Court Judge