|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GRADY HENDRIX, JENNIFER ROBERSON, SUSANA MARTINEZ-CONDE, STEPHEN L. MACKNIK, and TASHA ALEXANDER,<br><br>    Individual and Representative Plaintiffs,<br><br>v.<br><br>APPLE INC., CRAIG FEDERIGHI, and JOHN GIANNANDREA,<br><br>    Defendants. | Case No. 4:25-cv-07558-YGR<br><br>[proposed] **ORDER GRANTING PLAINTIFF TASHA ALEXANDER'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL SUBMISSION IN SUPPORT OF MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL** |

1 | **[Proposed] ORDER**

2 | Having considered Plaintiff Tasha Alexander's Administrative Motion for Leave to File Supplemental Submission in Support of Motion for Appointment of Interim Lead Counsel, and good cause appearing, the Court GRANTS Plaintiff's administrative motion. Plaintiff's Supplemental Submission filed on January 23, 2026 (ECF No. 71-2) is DEEMED FILED as of the date of this Order.

**IT IS SO ORDERED.**

Date: January 26, 2026

Hon. Yvonne Gonzalez Rogers
United States District Judge

[proposed] ORDER – 1
CASE NO. 4:25-cv-07558-YGR