UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** January 27, 2026 | **Time:** 1 hour 29 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 25-cv-7558-YGR | **Case Name:** Hendrix v. Apple Inc. | |

**Attorney for Plaintiffs:** Derek Loeser, Sam Rubinstein, Eleanor Runde, Rohit Nath, William Dreher, Matthew Butterick, Karin Swope, Anne Davis, Lesley Weaver, Christopher Young, Diane Rice, Joseph Saveri

**Attorney for Defendant:** Melanie Blunschi, Andrew Gass, Elana Nightingale Dawson, Nicole Valco

**Deputy Clerk:** Edwin Angelo A. Cuenco     **Court Reporter:** Lee-Anne Shortridge

PROCEEDINGS

Motions to Appoint Interim Lead Counsel – held.

The Court met with parties regarding the pending motions to appoint interim lead counsel.

Written order to issue.