UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRADY HENDRIX, ET AL.,<br><br>      Plaintiffs<br><br>   v.<br><br>APPLE INC.,<br><br>      Defendant.<br><br>This Document Relates To:<br>All Consolidated Actions | Case No. 4:25-cv-07558-YGR<br><br>**ORDER APPOINTING INTERIM CO-LEAD COUNSEL**<br><br>Re: Dkt. Nos. 57, 59, 60 |

On November 14, 2025, this Court consolidated three copyright infringement actions against defendant Apple Inc. (Dkt. No. 42.) The Court ordered counsel seeking to serve as interim lead counsel to apply by motion by November 21, 2025. (*Id.*) Now pending before the Court are three motions to appoint interim lead counsel in this consolidated action and three statements in response. (Dkt. Nos. 57, 59, 60, 61, 62, 63.) The Court held a comprehensive hearing on counsel's appointment applications on January 27, 2026.

After considering the parties' briefing, argument made at the hearing, and the factors set forth in Federal Rule of Civil Procedure 23(g), the Court issues the following **ORDERS**:

### I.     LEADERSHIP FOR PLAINTIFFS

A leadership structure consisting of two interim Co-Leads best fits the needs of this action.

The Court has carefully considered all applications, the responses, and presentations to the Court during the hearing, including the Court's assessment of actual availability to diligently and efficiently advance this case given other commitments and the sources of litigation funding.[1] With these considerations in mind, the Court finds that it is in the best interest of the plaintiffs to

---

[1] Counsel for the defendant was asked on the record whether they had experience with, or concerns about, each attorney moving for appointment as interim Co-Lead counsel. Counsel for defendant did not indicate any such concerns.

appoint the following:

**Interim Co-Lead Counsel:** The Court appoints William Dreher of Keller Rohrback LLP and Rohit Nath of Susman Godfrey LLP.

Appointments of the interim Co-Leads are personal to the named attorney. Appointees cannot be substituted by other attorneys, including members of the appointee's law firm, to perform the interim Co-Leads' exclusive functions, such as court appearances, except with prior approval of the Court. The Court is regularly concerned with the breadth of the leadership structure generally requested by attorneys in this type of case. Thus, to provide oversight for efficiency and quality, as well for compliance with this Court's orders, all appointments shall be in effect for **one year ending on the last day of January.**

All appointed counsel must submit a request for reappointment by no later than the **last Friday in December.** The requests shall contain references to the nature and scope of their work as interim Co-Lead counsel, including the time and resources expended both personally during the prior term and in a supervisory capacity. To the extent others from the appointee's firm have also expended time and resources, that shall be explained as well. Generally, requests for reappointment should be in letter format (not to exceed four pages) attaching a chart with the specifics on time and resources expended. Further, counsel shall explicitly disclose whether they are using litigation funding. The requests and accompanying statements should be made *in camera* and submitted to ygrchambers@cand.uscourts.gov with the subject line entitled "Apple AI Copyright Litigation Request for Reappointment."

## II. PREPARATION FOR NEXT CONFERENCE

Interim Co-Lead counsel and defendants shall follow the schedule set forth in the Court's order consolidating cases and setting briefing schedule (Dkt. No. 42), including by filing a proposed case scheduling order and case management conference date within fourteen (14) court days after all defendants answer the consolidated complaint.

//

//

//

1   This Order terminates Dkt. Nos. 57, 59, 60.

2   **IT IS SO ORDERED.**

3   Dated: January 30, 2026

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**