# Exhibit A

Firm Name:

Date:

**Categories:** 1. Assessment Fees 2. Federal Express / Local Courier, etc. 3. Postage Charges 4. Facsimile Charges 5. Long Distance 6. In-House Photocopying 7. Outside Photocopying 8. Hotels 9. Meals 10. Mileage 11. Air Travel 12. Deposition Costs 13. Lexis/Westlaw 14. Court Fees 15. Witness / Expert Fees 16. Investigation Fees / Service Fees 17. Transcripts 18. Ground Transportation (i.e. Rental, Taxis, etc.) 19. Other (Describe)

### ALL ORIGINAL RECEIPTS MUST BE ATTACHED TO THIS EXPENSE SHEET

| Date: | Category Code: | Category Name: | Detailed Description: | Amount: | Receipt Provided: Yes/No (if no, provide reason) | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

First Name:

Date:

| Categories: See Common Benefit Order | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Last Name, First Name | Professional level: Partner (PT), Associate (A) Contract (C) or Paralegal (PR) | Date of Service: | Category Code: | Category Name: | Detailed Description of Work Performed: | Billing Rate: | Time spent (by 0.1 increments) | Fees Total: |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Name:

Date:

| Task Code | Description | Total Time per Category | Total Fees per Category |
|---|---|---|---|
| CCLA01 | Legal Research | | |
| CCLA02 | Investigation/Factual Research | | |
| CCLA03 | Discovery | | |
| CCLA04 | Document Review | | |
| CCLA05 | Pleadings, Briefs and Motions | | |
| CCLA06 | Class Certification | | |
| CCLA07 | Summary Judgment | | |
| CCLA08 | Appeals | | |
| CCLA09 | Court Appearance and Prep | | |
| CCLA10 | Experts | | |
| CCLA11 | Settlements & Mediation | | |
| CCLA12 | Case Management | | |
| CCLA13 | Class Notice | | |
| CCLA14 | Trial Prep | | |
| CCLA15 | Trial | | |
| | **Total:** | | |