**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GRADY HENDRIX, ET AL.,**<br><br>  Plaintiffs<br><br>  v.<br><br>**APPLE INC.,**<br><br>  Defendant.<br><br>---<br>This Document Relates To:<br>All Consolidated Actions | Case No. 4:25-cv-07558-YGR<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR DISCOVERY** |

Pursuant to Local Rule 72-1 this matter is **REFERRED** to Magistrate Judge Ajay S. Krishnan for all discovery matters. Hereafter, all discovery matters shall be filed pursuant to the assigned Magistrate Judge's procedures. The parties shall contact the courtroom deputy of the assigned Magistrate Judge for information about those procedures. Information may also be available on the court's website.

**IT IS SO ORDERED**.

Dated:  May 11, 2026

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc: Magistrate Judge Krishnan