**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

GRADY HENDRIX, ET AL.,

  Plaintiffs

  v.

APPLE INC.,

  Defendant.

This Document Relates To:
All Consolidated Actions

Case No. 4:25-cv-07558-YGR

**ORDER RE TIMING AND STAGING OF MOTIONS FOR SUMMARY JUDGMENT AND CLASS CERTIFICATION**

Re.: Dkt. Nos. 85, 88

The Court held a case management conference on May 11, 2026 regarding the parties' proposed case schedule and dispute as to the timing and staging of motions for summary judgment and class certification. (*See* Dkt. Nos. 85, 88.)

Having carefully considered the papers submitted and arguments of the parties, and having reviewed the case analogies provided, the Court has determined that it will resolve any summary judgment motions before setting a briefing schedule on the issue of class certification, if necessary.

Accordingly, the parties are **ORDERED** to meet and confer and submit, by no later than **June 22, 2026**, an updated joint proposed case schedule up to and including any hearing on any motions for summary judgment. The parties are further instructed to discuss and consider whether earlier summary judgment motions on the core issue of fair use are possible as part of the scheduling decision. If desired, the parties may request an additional conference to discuss this issue with the Court by contacting the courtroom deputy. *See* Standing Order in Civil Cases ¶ 15.

  **IT IS SO ORDERED.**

Dated: June 3, 2026

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE