William Dreher (*pro hac vice*)
Derek W. Loeser (*pro hac vice*)
Cari C. Laufenberg (*pro hac vice*)
Benjamin Gould (SBN 250630)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
(206) 623-1900
wdreher@kellerrohrback.com
dloeser@kellerrohrback.com
claufenberg@kellerrohrback.com
bgould@kellerrohrback.com

Matthew Butterick (SBN 250953)
BUTTERICK LAW PC
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
(323) 968-2632
mb@butericklaw.com

Rohit D. Nath (SBN 316062)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 789-3100
rnath@susmangodfrey.com

Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
(713) 653-7802
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

*Additional Counsel Listed in Signature Block*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| GRADY HENDRIX ET AL., <br><br> *Individual and Representative Plaintiffs*, <br><br> v. <br><br> APPLE INC., <br><br> *Defendant*. <br><br> This Document Relates to: <br> All Consolidated Actions | No. 4:25-cv-07558-YGR <br><br> ~~PROPOSED~~ **COMMON BENEFIT ORDER** |

This Court appointed William Dreher and Rohit Nath as Interim Co-Lead Counsel. The Court now sets specific guidelines and rules for work done and expenses incurred for the common benefit of all Plaintiffs. This Order also provides for the fair and equitable sharing among Plaintiffs and their counsel of the burden of services performed and expenses incurred by attorneys acting for the common benefit of all Plaintiffs in this litigation. Nothing in this Order shall be interpreted to affect any

No. 4:25-cv-07558-YGR                    1                    COMMON BENEFIT ORDER

proceedings other than those involving the authorities, duties, responsibilities, guidelines, and rules of and for Plaintiffs' counsel in *Grady Hendrix et al. v. Apple Inc.*, No. 4:25-cv-07558-YGR (N.D. Cal.), its constituent consolidated cases, and any future case filed that is related to this matter.

## I.    COMMON BENEFIT DOCTRINE

The United States Supreme Court's common benefit doctrine was initially established in *Trustees v. Greenough*, 105 U.S. 527 (1881); was refined in, inter alia, *Central R.R. & Banking Co. v. Pettus*, 113 U.S. 116 (1885); *Sprague v. Ticonic Nat'l Bank*, 307 U.S. 161 (1939); *Mills v. Elec. Auto-Lite Co.*, 396 U.S. 375 (1970); and *Boeing Co. v. Van Gemert*, 444 U.S. 472 (1980). Common Benefit Work Product includes all work performed for the benefit of all plaintiffs, including pre-trial matters, discovery, trial preparation, a potential settlement process, and all other work that advances this litigation to conclusion.

## II.    ADOPTION OF CASE MANAGEMENT PROTOCOLS FOR COMMON BENEFIT WORK

The Court hereby adopts the following guidelines for the management of case staffing, timekeeping, cost reimbursement, and related common benefit issues. The recovery of common benefit attorneys' fees and cost reimbursements will be limited to "Common-Benefit Counsel." "Common-Benefit Counsel" is defined as Plaintiffs' Interim Co-Lead Counsel and any other counsel authorized by Interim Co-Lead Counsel to perform work that may be considered for common benefit compensation. Interim Co-Lead Counsel associated with Matthew Butterick of Butterick Law PC prior to the appointment of Interim Co-Lead Counsel and are continuing to work closely with Mr. Butterick. Mr. Butterick is included within "Common-Benefit Counsel."

Eligibility does not pre-determine payment. Common-Benefit Counsel shall be eligible to receive common benefit attorneys' fees and reimbursement of costs and expenses only if the time expended, costs incurred, and activity in question were (a) for the common benefit of Plaintiffs and the

proposed class; (b) timely submitted; and (c) reasonable. Common-Benefit Counsel shall agree to these terms and conditions, including submitting to this Court's jurisdiction and agreeing that this Court has plenary authority regarding the award and allocation of common benefit attorneys' fees and expense reimbursements in this matter.

Interim Co-Lead Counsel are responsible for collecting monthly common benefit time and expense submissions from Common-Benefit Counsel. Common-Benefit Counsel shall email monthly time submissions to Interim Co-Lead Counsel at AppleAITime@kellerrohrback.com in the form prescribed in Exhibit A, as discussed below.

If Common-Benefit Counsel are unsure if the action they are about to undertake is considered Common Benefit Work, they shall ask Interim Co-Lead Counsel in advance whether such time may be compensable.

## A.    Compensable and Non-Compensable Common Benefit Work

"Common Benefit Work" includes all work done, and expenses incurred, at the direction or with prior authorization of Interim Co-Lead Counsel and for the common benefit of Plaintiffs and putative class, which may include: preparation of the consolidated class action complaint; presentation of argument before the Court regarding common factual or legal issues; drafting and researching dispositive and non-dispositive motions and responses, statements, and stipulations as authorized and assigned by Interim Co-Lead Counsel; discovery and document review as authorized and assigned by Interim Co-Lead Counsel; preparing for, taking, or defending depositions; retaining experts as authorized by Interim Co-Lead Counsel; and reviewing court filings and orders in connection with work authorized and assigned by Interim Co-Lead Counsel.

## B.    Common Benefit Timekeeping Protocols

All time must be accurately and contemporaneously maintained. Counsel shall keep contemporaneous billing records of the time spent in connection with Common Benefit Work on this

case, indicating with specificity the hours (in tenth-of-an-hour increments) and billing rate, along with a description of the activity (such as "conducted deposition of John Doe"). Descriptions must bear sufficient detail to identify the precise task and how it relates to Common Benefit Work.

Each time entry must be categorized using one of the categories listed below. In general, when possible, a more specific category should be used in place of a more general category. Under no circumstances should a submitting firm make up new categories for use in its submission.

While the categories are generally self-explanatory, below are some further explanations of the categories.

- **Legal Research (1)** Conducting legal research should be coded in this category.

- **Investigation/Factual Research (2)** Investigation into the facts of the case, or into external factual circumstances, should be coded in this category.

- **Discovery (3)** Almost all common benefit discovery-related tasks, including taking, defending, and preparing for depositions, should be coded with this category. The exceptions are: document review (which should be coded category 4), discovery-related motions or briefs (which should be coded category 5), and discovery-related court appearances (which should be category 9).

- **Document Review (4)** For the purposes of this category, the word "document" specifically means documents or other information produced in discovery.

- **Pleadings, Briefs and Motions (5)** All time spent researching and drafting pleading, briefs, motion, memoranda, or conducting legal research should be coded in this category.

- **Class Certification (6)** All time spent on preparation, research, and drafting for class-certification-related tasks should be coded in this category.

- **Summary Judgment (7)** All time spent on preparation, research, and drafting for summary-judgment-related tasks should be coded in this category.

- **Appeals (8)** This category is reserved for tasks performed researching, briefing, or arguing any decisions on appeal.

- **Court Appearance and Prep (9)** This category should be used for court appearances.

- **Experts (10)** This category should be used for identification, retention, and communication with experts or consultants.

- **Settlements & Mediation (11)** This category should be used for settlements and mediation.

- **Case Management (12)** This category should be used by Court-appointed Interim Co-Lead Counsel and their assigned attorneys and staff, in their capacity as Interim Co-Lead Counsel, for leadership case management duties, including general or administrative responsibilities that do not fit into other categories. This category may also be used as authorized and assigned by Interim Co-Lead Counsel, for case management, litigation strategy and analysis, and administrative responsibilities.

- **Class Notice (13)** This category should be used for tasks related to class notice.

- **Trial Prep (14)** This category is reserved for tasks performed in preparation for trial.

- **Trial (15)** This category is reserved for tasks performed during trial.

No time entry should contain the description of Common Benefit Work for more than one category. If on the same day the timekeeper performs two tasks that fall into two different categories, then there should be two separate entries for that timekeeper on that date, each with the appropriate category code.

**C.**    **Protocols for Submission of Time and Expenses**

   **1.**    **Format**

For Interim Co-Lead Counsel to maintain all time submissions in a fully sortable and searchable format, all the time and expense submissions must be provided by submitting counsel in the following format:

   1.    Counsel must use files formatted consistent with Exhibit A to this Order.

   2.    In the "Monthly Time Report" and the "Monthly Expense Report," the person who performed each task should be identified in the column called "Last Name, First Name" by their complete last name, a comma, and their complete first name (e.g. Smith, John). Please do not use abbreviations or initials in this column.

   3.    In all reports, the date must be provided in month/day/year format (e.g., 12/01/2026).

   **2.**    **Deadlines**

All time and expense submissions must be timely submitted to Interim Co-Lead Counsel by the 20th day of each month after the month for which the time was entered or expenses incurred, in accordance with the guidelines set forth herein, using the following email address: AppleAITime@kellerrohrback.com. If the 20th day of the month falls on a Saturday, Sunday, or legal holiday, time and expense submissions must be submitted the next day that is not a Saturday, Sunday, or legal holiday.

**PURSUANT TO THE ABOVE, IT IS SO ORDERED**

**Dated:** June 3, 2026

Hon. Judge Yvonne Gonzalez Rogers
United States District Court Judge

SUBMITTED this 8th day of May, 2026.

KELLER ROHRBACK L.L.P.

By *s/ William K. Dreher*

William K. Dreher, *Pro Hac Vice*
Benjamin Gould (SBN 250630)
Derek W. Loeser, *Pro Hac Vice*
Chris N. Ryder, *Pro Hac Vice*
Elizabeth W. Tarbell, *Pro Hac Vice*
Samuel Rubinstein, *Pro Hac Vice*
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
(206) 623-1900
Fax (206) 623-3384
wdreher@kellerrohrback.com
bgould@kellerrohrback.com
dloeser@kellerrohrback.com
cryder@kellerrohrback.com
etarbell@kellerrohrback.com
srubinstein@kellerrohrback.com

SUSMAN GODFREY L.L.P.

By *s/ Rohit D. Nath*

Rohit D. Nath (SBN 316062)
Justin A. Nelson, *Pro Hac Vice*
Alejandra C. Salinas, *Pro Hac Vice*
Jordan Connors, *Pro Hac Vice*
Eleanor Runde, *Pro Hac Vice*
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 789-3100
rnath@susmangodfrey.com
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com
jconnors@susmangodfrey.com
erunde@susmangodfrey.com

By *s/ draft*

Matthew Butterick (SBN 250953)
BUTTERICK LAW PC
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
mb@butoricklaw.com

No. 4:25-cv-07558-YGR                    7                    COMMON BENEFIT ORDER

Attorneys for Plaintiffs

# Exhibit A

Firm Name:

Date:

**Categories:** 1. Assessment Fees 2. Federal Express / Local Courier, etc. 3. Postage Charges 4. Facsimile Charges 5. Long Distance 6. In-House Photocopying 7. Outside Photocopying 8. Hotels 9. Meals 10. Mileage 11. Air Travel 12. Deposition Costs 13. Lexis/Westlaw 14. Court Fees 15. Witness / Expert Fees 16. Investigation Fees / Service Fees 17. Transcripts 18. Ground Transportation (i.e. Rental, Taxis, etc.) 19. Other (Describe)

| | | | ALL ORIGINAL RECEIPTS MUST BE ATTACHED TO THIS EXPENSE SHEET | | | |
|---|---|---|---|---|---|---|
| Date: | Category Code: | Category Name: | Detailed Description: | Amount: | Receipt Provided: Yes/No (if no, provide reason) | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

First Name:

Date:

| Categories: See Common Benefit Order | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Last Name, First Name | Professional level: Partner (PT), Associate (A) Contract (C) or Paralegal (PR) | Date of Service: | Category Code: | Category Name: | Detailed Description of Wor   Performed: | Billing Rate: | Time spent (by 0.1 increments) | Fees Total: |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

Name:

Date:

| as Code | es ri tio | ota i e er Categor | ota ees er Categor |
|---|---|---|---|
| CCLA01 | Legal Research | | |
| CCLA02 | Investigation/Factual Research | | |
| CCLA03 | Discovery | | |
| CCLA04 | Document Review | | |
| CCLA05 | Pleadings, Briefs and Motions | | |
| CCLA06 | Class Certification | | |
| CCLA07 | Summary udgment | | |
| CCLA08 | Appeals | | |
| CCLA09 | Court Appearance and Prep | | |
| CCLA10 | Experts | | |
| CCLA11 | Settlements Mediation | | |
| CCLA12 | Case Management | | |
| CCLA13 | Class Notice | | |
| CCLA14 | Trial Prep | | |
| CCLA15 | Trial | | |
| | ota : | | |