William Dreher (*pro hac vice*)
Derek W. Loeser (*pro hac vice*)
Cari C. Laufenberg (*pro hac vice*)
Benjamin Gould (SBN 250630)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
(206) 623-1900
wdreher@kellerrohrback.com
dloeser@kellerrohrback.com
claufenberg@kellerrohrback.com
bgould@kellerrohrback.com

Matthew Butterick (SBN 250953)
BUTTERICK LAW PC
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
(323) 968-2632
mb@buttoricklaw.com

Rohit D. Nath (SBN 316062)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 789-3100
rnath@susmangodfrey.com

Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
(713) 653-7802
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

*Additional Counsel Listed in Signature Block*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

GRADY HENDRIX ET AL.,

 *Individual and Representative Plaintiffs*,

 v.

APPLE INC.,

       *Defendant*.

This Document Related To:

All Consolidated Actions

No. 4:25-cv-07558-YGR

~~PROPOSED~~ CASE MANAGEMENT ORDER – PLAINTIFFS' LEADERSHIP RESPONSIBILITIES

On January 30, 2026, this Court ordered William Dreher of Keller Rohrback and Rohit Nath of Susman Godfrey to serve as Interim Co-Lead Counsel. ECF 79. In accordance with that order, and to ensure efficiency and control of this litigation, the Court issues this further order delineating responsibilities of Interim Co-Lead Counsel:

**A.**    **Plaintiffs' Interim Co-Lead Counsel**

Interim Co-Lead Counsel are responsible for coordinating the activities of Plaintiffs during pretrial proceedings and shall:

1. Determine and present to the Court and opposing parties the position of the Plaintiffs and the putative Class on all matters arising during pretrial proceedings;

2. Coordinate the scheduling and conduct of discovery on behalf of Plaintiffs and the putative Class as well as the preparation of protocols for discovery and the development of platforms to allow for equitable and efficient use of discovery;

3. Suggest the ordering, priority, and response to pending and anticipated motions, and lead the briefing and argument of those motions for Plaintiffs and the putative Class, or designate the appropriate counsel to carry out these tasks;

4. Conduct settlement negotiations and enter into settlement agreements on behalf of Plaintiffs and the putative Class;

5. Enter into stipulations with opposing counsel as necessary for the conduct of the litigation;

6. Prepare and distribute periodic status reports to the Court and Parties;

7. Designate other Plaintiffs' counsel authorized to attend hearings and depositions;

8. Monitor work, time, and expenses of all Plaintiffs' counsel consistent with the mandates of a future common benefit order and administer the common benefit fund to ensure that the litigation moves forward expeditiously and without unnecessary expenditures of time and funds;

9. Assess other counsel performing authorized common benefit work; and

10. Perform such other duties as may be necessary for effective and efficient coordination of Plaintiffs' pretrial activities or as authorized by further order of the Court.

2                   ~~PROPOSED~~ CASE MANAGEMENT
                                                                                            ORDER – PLAINTIFFS'
                                                                                            LEADERSHIP RESPONSIBILITIES

No common action or work in this litigation may be undertaken except at the direction or with permission of Interim Co-Lead Counsel.

**B.    Common Benefit Order**

Plaintiffs' Interim Co-Lead Counsel shall file a proposed case management order establishing a common benefit fee and expense fund, including detailed instructions regarding the performance of common benefit work, and the type of work and expenses that could qualify for potential compensation and reimbursement. All timekeepers carrying out work for the common benefit of Plaintiffs and the putative class, including Plaintiffs' Interim Co-Lead Counsel, who may seek reimbursement or compensation for such work or expenses, shall maintain detailed and contemporaneous time records, and detailed expense records. Interim Co-Lead Counsel will be responsible for collecting monthly common benefit time and expense submissions from participating counsel, reviewing such submissions for compliance with the directives set forth in the forthcoming common benefit case management order, informing participating counsel when their submissions do not comply with the directives set forth in that order. Interim Co-Lead Counsels' auditing responsibility notwithstanding, the ultimate determination of what is compensable common benefit work, and the extent to which it is compensable, is within the purview of the Court.

**PURSUANT TO THE ABOVE, IT IS SO ORDERED**

**Dated:**  June 3, 2026

_____
Hon. Judge Yvonne Gonzalez Rogers
United States District Court Judge

No. 4:25-cv-07558-YGR                                   3                     ~~PROPOSED~~ CASE MANAGEMENT
ORDER – PLAINTIFFS'
LEADERSHIP RESPONSIBILITIES

SUBMITTED this 8th day of May, 2026.

KELLER ROHRBACK L.L.P.


By *s/ William K. Dreher*
        William K. Dreher, *Pro Hac Vice*
        Benjamin Gould (SBN 250630)
        Derek W. Loeser, *Pro Hac Vice*
        Chris N. Ryder, *Pro Hac Vice*
        Elizabeth W. Tarbell, *Pro Hac Vice*
        Samuel Rubinstein, *Pro Hac Vice*
        1201 Third Avenue, Suite 3400
        Seattle, WA 98101-3268
        (206) 623-1900
        Fax (206) 623-3384
        wdreher@kellerrohrback.com
        bgould@kellerrohrback.com
        dloeser@kellerrohrback.com
        cryder@kellerrohrback.com
        etarbell@kellerrohrback.com
        srubinstein@kellerrohrback.com


SUSMAN GODFREY L.L.P.

By *s/ Rohit D. Nath*
        Rohit D. Nath (SBN 316062)
        Justin A. Nelson, *Pro Hac Vice*
        Alejandra C. Salinas, *Pro Hac Vice*
        Jordan Connors, *Pro Hac Vice*
        Eleanor Runde, *Pro Hac Vice*
        1900 Avenue of the Stars, Suite 1400
        Los Angeles, CA 90067
        (310) 789-3100
        rnath@susmangodfrey.com
        jnelson@susmangodfrey.com
        asalinas@susmangodfrey.com
        jconnors@susmangodfrey.com
        erunde@susmangodfrey.com


By *s/ Matthew Butterick*
        Matthew Butterick (SBN 250953)
        BUTTERICK LAW PC
        1920 Hillhurst Avenue, #406

Los Angeles, CA 90027
mb@butterricklaw.com

Attorneys for Plaintiffs

5                         ~~PROPOSED~~ CASE MANAGEMENT
ORDER – PLAINTIFFS'
LEADERSHIP RESPONSIBILITIES