UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GRADY HENDRIX, ET AL.**, <br><br> Plaintiffs, <br><br> v. <br><br> **APPLE INC.**, <br><br> Defendant. | Case No.  4:25-cv-07558-YGR <br><br><br> **CASE MANAGEMENT AND PRETRIAL ORDER** |

TO ALL PARTIES AND COUNSEL OF RECORD:

Having considered the parties' joint statement regarding updated proposed case schedule (Dkt. No. 113), the Court hereby sets the following pretrial dates:[1]

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, July 26, 2027, at 2:00 p.m. |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | November 2, 2026 |
| CLOSE OF MERITS FACT DISCOVERY (INDIVIDUAL PLAINTIFFS' CLAIMS, APPLE'S DEFENSES): | April 30, 2027 |
| DISCLOSURE OF EXPERT REPORTS (CLAIMS AND DEFENSES): <br><br> ALL EXPERTS, RETAINED AND NON-RETAINED, MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Simultaneous Opening: May 28, 2027 <br> Opposition: June 25, 2027 <br> Rebuttal: July 19, 2027 |
| EXPERT DISCOVERY (CLAIMS AND DEFENSES) CUTOFF: | July 30, 2027 |

---

[1] To the extent the parties request assistance to resolve their dispute regarding whether to set a substantial completion deadline, they may submit the matter to Magistrate Judge Krishnan, who has been referred for all discovery matters in this action. *See* Dkt. No. 92.

United States District Court
Northern District of California

DISPOSITIVE MOTIONS[2]/DAUBERT MOTIONS:          Opening: August 27, 2027

Opposition: September 24, 2027

Reply: October 29, 2027

Hearing: December 3, 2027

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at https://cand.uscourts.gov/judges/ygr/gonzalez-rogers-yvonne.

**IT IS SO ORDERED.**

Dated:    June 29, 2026

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**

---

[2] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment. Parties are also advised to carefully review the Standing Order's sections on sealing procedures and experts, as they contain requirements specific to this Court. *See* Standing Order Sections 9 & 10, respectively.

2