UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GRADY HENDRIX, et al.,
Plaintiffs,

v.

APPLE INC,
Defendant.

Case No. 25-cv-07558-YGR (ASK)

**ORDER RE: JOINT DISCOVERY LETTER BRIEF**

Re: Dkt. No. 117

With respect to the Parties' Joint Statement Regarding Dispute Over Substantial Completion of Document Discovery Deadline (Dkt. 117), the Court adopts, in large part, Plaintiffs' proposal in light of the complexity of the case, the need for follow-on discovery, and Apple's request for an expedited discovery period. For discovery requests served by May 29, 2026, the parties must complete substantial production of all responsive documents and data (consistent with a party's discovery responses) by October 15, 2026. While the parties should not bank on leniency from the Court, the Court will consider exceptions arising out of issues beyond the producing party's control (the propounding party identifies missing documents shortly before the deadline, outstanding disputes between the parties on the scope of training data, dilatory conduct by the propounding party). Despite the existence of this substantial completion deadline, the parties should still produce documents on a rolling basis and should not wait until the deadline to dump documents on the opposing party. Both sides of this dispute are represented by

//

//

//

//

United States District Court
Northern District of California

United States District Court
Northern District of California

sophisticated counsel who understand how to comport themselves consistently with this order and who understand not to raise a violation of the substantial completion deadline with the Court unless an opposing party's conduct truly warrants it.

**IT IS SO ORDERED.**

Dated: July 20, 2026

AJAY KRISHNAN
United States Magistrate Judge