UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GRADY HENDRIX, et al.,

Plaintiffs,

v.

APPLE INC,

Defendant.

Case No. 25-cv-07558-YGR (ASK)

**ORDER RE: JOINT DISCOVERY LETTER BRIEF**

Re: Dkt. No. 119

The Court, having read the Joint Discovery Letter Brief (Dkt. 119), finds that:

(1) Apple is correct that the current phase of discovery is limited to the named plaintiffs' claims and does not include discovery on class allegations; and

(2) Plaintiffs are correct that Apple must identify all datasets and associated language models containing plaintiffs' asserted works and not merely those datasets and associated language models specifically identified in the complaint.

The Court sets a hearing on the matter for Tuesday, August 25, 2026, at 2:00 PM, to be conducted by Zoom. To the extent that the above findings provide sufficient guidance for the parties to resolve their disputes, the parties shall jointly so notify the undersigned's Courtroom Deputy by email at askcrd@cand.uscourts.gov by no later than 2:00 PM on Monday, August 24, 2026, to request that the hearing be taken off calendar.

**IT IS SO ORDERED.**

Dated: August 21, 2026

AJAY KRISHNAN
United States Magistrate Judge

United States District Court
Northern District of California