United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GRADY HENDRIX, et al.,
Plaintiffs,

v.

APPLE INC,
Defendant.

Case No. 25-cv-07558-YGR (ASK)

**DENYING STIPULATION WITHOUT PREJUDICE**

Re: Dkt. No. 128

The Court DENIES WITHOUT PREJUDICE the parties' proposed stipulation. It is not clear from the stipulation why it is necessary for the Court to convert this agreement between the parties into a court order. As a general matter, the Court will enforce an agreement between the parties, absent good reason not to (e.g., conflict with an existing court order or rule, a party's exploitation of a latent ambiguity in the agreement in a formalistic or improper manner). But the Court does not wish to be in the position of foreseeing every way in which a party's intricate and carefully negotiated agreement may raise unexpected issues down the line. If there is a valid basis for insisting that this agreement take the form of a Court-ordered stipulation (e.g., it is necessary to modify the protective order, it would be necessary for the Court to retain continuing jurisdiction after the termination of the case, it would modify a deadline, etc.), the parties may re-submit the proposal (ideally limited to only those provisions that truly require Court involvement) with

//

//

//

//

//

preambulatory clauses justifying the need for Court approval. If not, the Court recommends that the parties proceed with their agreement, which appears to be the result of thoughtful negotiation.

**IT IS SO ORDERED.**

Dated: September 8, 2026

AJAY KRISHNAN
United States Magistrate Judge