William Dreher (*pro hac vice*)
Derek W. Loeser (*pro hac vice*)
Cari C. Laufenberg (*pro hac vice*)
Benjamin Gould (SBN 250630)
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
(206) 623-1900
wdreher@kellerrohrback.com
dloeser@kellerrohrback.com
claufenberg@kellerrohrback.com
bgould@kellerrohrback.com

Matthew Butterick (SBN 250953)
**BUTTERICK LAW PC**
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
(323) 968-2632
mb@buttericklaw.com

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 789-3100
rnath@susmangodfrey.com
***Attorneys for Plaintiffs***
***Additional Counsel Listed in Signature Block***

**LATHAM & WATKINS LLP**
Andrew M. Gass (Bar No. 259694)
andrew.gass@lw.com
Joseph R. Wetzel (Bar No. 238008)
joe.wetzel@lw.com
Melanie M. Blunschi (Bar No. 234264)
melanie.blunschi@lw.com
Nicole C. Valco (Bar No. 258506)
nicole.valco@lw.com
505 Montgomery St., Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200
***Attorneys for Defendant Apple Inc.***

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

GRADY HENDRIX, ET AL.,

Individual and Representative Plaintiffs,

v.

APPLE INC.,

Defendant.

Case No. 4:25-cv-07558-YGR

**JOINT STIPULATION TO EXTEND DEFENDANT APPLE INC.'S TIME TO RESPOND TO FIRST AMENDED CONSLIDATED CLASS ACTION COMPLAINT**

Judge: Hon. Yvonne Gonzalez Rogers

First Amended Consolidated Class Action Complaint Filed: November 2, 2026

Pursuant to Civil Local Rule 6-1(a), which allows the parties to stipulate, without Court order, to extend the time to respond to a complaint, Plaintiffs Grady Hendrix, Jennifer Roberson, John Hornor Jacobs, and Eboni Mckinnon Smith (collectively, "Plaintiffs") and Defendant Apple Inc. ("Apple") (collectively, the "Parties"), through their undersigned counsel, hereby stipulate and declare as follows:

WHEREAS, Plaintiffs filed their First Amended Consolidated Class Action Complaint (the "Amended Complaint") on November 2, 2026 (Dkt. No. 130);

WHEREAS, Apple currently has until November 16, 2026, to answer or otherwise respond to the Complaint;

WHEREAS, Apple has requested, and Plaintiffs have consented to, additional time for Apple to answer or otherwise respond to the Complaint;

WHEREAS, the Parties' proposed extension will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, the Parties agree that an extension of Apple's time to file a responsive pleading is reasonable and serves the interests of judicial economy and efficiency;

THEREFORE, the Parties, by and through their respective undersigned counsel, HEREBY STIPULATE AND AGREE, as follows:

Defendant Apple Inc.'s time to file a responsive pleading to the Amended Complaint shall be, and is extended by 25 days to December 11, 2026.

Dated: November 13, 2026

KELLER ROHRBACK L.L.P.

By: */s/ Chris N. Ryder*

William K. Dreher, *Pro Hac Vice*
Benjamin Gould (SBN 250630)
Derek W. Loeser, *Pro Hac Vice*
Chris N. Ryder, *Pro Hac Vice*
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
(206) 623-1900
Fax (206) 623-3384
bgould@kellerrohrback.com
wdreher@kellerrohrback.com
dloeser@kellerrohrback.com
cryder@kellerrohrback.com

SUSMAN GODFREY L.L.P.
Rohit D. Nath (SBN 316062)
Justin A. Nelson, *Pro Hac Vice*
Alejandra C. Salinas, *Pro Hac Vice*
Jordan Connors, *Pro Hac Vice*
Eleanor Runde, *Pro Hac Vice*
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 789-3100
rnath@susmangodfrey.com
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com
jconnors@susmangodfrey.com
erunde@susmangodfrey.com

BUTTERICK LAW PC
Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, California 90027
mb@buttericklaw.com

*Attorneys for Plaintiffs*

Dated: November 13, 2026

Respectfully submitted,

LATHAM & WATKINS LLP

By: */s/ Nicole C. Valco*

Andrew M. Gass (Bar No. 259694)
andrew.gass@lw.com
Joseph R. Wetzel (Bar No. 238008)
joe.wetzel@lw.com
Melanie M. Blunschi (Bar No. 234264)
melanie.blunschi@lw.com
Nicole C. Valco (Bar No. 258506)
nicole.valco@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

Elana Nightingale Dawson (*Pro hac vice*)
elana.nightingaledawson@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

*Attorneys for Defendant Apple Inc.*

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing **JOINT STIPULATION TO EXTEND DEFENDANT APPLE INC.'S TIME TO RESPOND TO FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**. Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Nicole C. Valco, attest that each of the other Signatories have concurred in the filing of the document.

Dated: November 13, 2026

/s/ *Nicole C. Valco*
Nicole C. Valco