William Dreher (*pro hac vice*)
Derek W. Loeser (*pro hac vice*)
Cari C. Laufenberg (*pro hac vice*)
Benjamin Gould (SBN 250630)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
(206) 623-1900
wdreher@kellerrohrback.com
dloeser@kellerrohrback.com
claufenberg@kellerrohrback.com
bgould@kellerrohrback.com

Matthew Butterick (SBN 250953)
BUTTERICK LAW PC
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
(323) 968-2632
mb@buttericklaw.com

Rohit D. Nath (SBN 316062)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 789-3100
rnath@susmangodfrey.com

Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
(713) 653-7802
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

***Additional Counsel Listed in Signature Block***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

GRADY HENDRIX ET AL.,

*Individual and Representative Plaintiffs,*

v.

APPLE INC.,

*Defendant.*

This Document Relates to:
All Consolidated Actions

No. 4:25-cv-07558-YGR

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN PLAINTIFFS' MOTION TO COMPEL ADDING CUSTODIANS FEDERIGHI AND CUE**

Judge: Hon. Yvonne Gonzalez Rogers

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

This matter comes before the Court on an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. The Court, having been fully advised and for good cause shown, grants the Motion. It is hereby ordered that Plaintiffs are granted leave to file the below documents under seal.

| Dkt No. | Portion to be Sealed | Basis for Sealing |
|---|---|---|
| | Page 2, Paragraph 4<br>Page 2, Paragraph 5 | Material designated Highly Confidential by Apple |
| | Paragraph 9<br>Paragraph 10<br>Exhibit 1 (entire document)<br>Exhibit 3 (partially redacted)<br>Exhibit 4 (partially redacted)<br>Exhibit 5 (partially redacted)<br>Exhibit 6 (partially redacted)<br>Exhibit 7 (partially redacted)<br>Exhibit 8 (partially redacted)<br>Exhibit 9 (entire document)<br>Exhibit 10 (partially redacted)<br>Exhibit 11 (entire document) | Material designated Highly Confidential by Apple |

**IT IS SO ORDERED.**

Dated: ________________________________

________________________________________
Hon. Yvonne Gonzalez Rogers
United States District Court Judge