UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GRADY HENDRIX, et al.,

Plaintiffs,

v.

APPLE INC,

Defendant.

Case No. 25-cv-07558-YGR (ASK)

**ORDER RE: DISCOVERY DISPUTE LETTER**

Re: Dkt. No. 135

The Court is in receipt of the parties' Joint Discovery Dispute Letter (Dkt. 135), which the Court interprets as Plaintiffs' motion to compel Defendant Apple Inc. to add two executives as additional custodians. The Court denies the motion without prejudice. While the Court believes, on the current record, that Plaintiffs have substantially justified the inclusion of these two individuals as custodians, the Court agrees with Apple that there should be a comprehensive approach to the remaining custodians, including a cap and identification of those custodians. Once that dispute is ripe, the parties may submit papers on that broader set of issues, and the Court will decide them. That said, the Court strongly encourages the parties to reach agreement on as many of these issues as possible. Any further briefing on these issues will be limited to a single five-page joint letter brief, with ***no*** supporting exhibits—as the Court did not find the parties' selected exhibits to be helpful in assessing the instant dispute.

**IT IS SO ORDERED.**

Dated: November 23, 2026



AJAY KRISHNAN
United States Magistrate Judge

United States District Court
Northern District of California