William Dreher (*pro hac vice*)
Derek W. Loeser (*pro hac vice*)
Cari C. Laufenberg (*pro hac vice*)
Benjamin Gould (SBN 250630)
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
(206) 623-1900
wdreher@kellerrohrback.com
dloeser@kellerrohrback.com
claufenberg@kellerrohrback.com
bgould@kellerrohrback.com

Matthew Butterick (SBN 250953)
**BUTTERICK LAW PC**
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
(323) 968-2632
mb@buttericklaw.com

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 789-3100
rnath@susmangodfrey.com
***Attorneys for Plaintiffs***
***Additional Counsel Listed in Signature Block***

**LATHAM & WATKINS LLP**
Andrew M. Gass (Bar No. 259694)
andrew.gass@lw.com
Joseph R. Wetzel (Bar No. 238008)
joe.wetzel@lw.com
Melanie M. Blunschi (Bar No. 234264)
melanie.blunschi@lw.com
Nicole C. Valco (Bar No. 258506)
nicole.valco@lw.com
505 Montgomery St., Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200
***Attorneys for Defendant Apple Inc.***

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GRADY HENDRIX, ET AL.,<br>Individual and Representative Plaintiffs,<br>v.<br>APPLE INC.,<br>Defendant. | Case No. 4:25-cv-07558-YGR (ASK)<br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT APPLE INC.'S TIME TO RESPOND TO ADMINISTRATIVE MOTION (DKT. 136)**<br>Magistrate Judge Ajay S. Krishnan |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Grady Hendrix, Jennifer Roberson, John Hornor Jacobs, and Eboni Mckinnon Smith (collectively, "Plaintiffs") and Defendant Apple Inc. ("Apple") (collectively, the "Parties"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on November 19, 2026, Plaintiffs filed a Joint Statement on Discovery Dispute re Custodians ("Joint Statement") (Dkt. 135);

WHEREAS, in connection with the Joint Statement, Plaintiffs filed portions of the Joint Statement, the Declaration of Chris Ryder ("Ryder Declaration"), and Exhibits 1 and 3-11 under provisional seal pursuant to L.R. 79-5(f) (Dkt. 135);

WHEREAS, on November 19, 2026, Plaintiffs filed an Administrative Motion to Consider Whether Apple's Material Should Be Sealed ("Administrative Motion") pursuant to L.R. 79-5(f) (Dkt. 136);

WHEREAS, pursuant to L.R. 79-5(f)(3), Apple has until November 27, 2026 to file its statement and/or declaration supporting sealing of portions of the Joint Statement, the Ryder Declaration, and Exhibits 1 and 3-11;

WHEREAS, Apple has asked Plaintiffs to stipulate to continue its response date from November 27, 2026 to December 3, 2026, due to additional time needed to coordinate with internal employees in light of the federal holiday;

WHEREAS, Plaintiffs do not object to continuing the date for Apple to respond from November 27, 2026 to December 3, 2026;

WHEREAS, the Parties' proposed extension will not impact any other pending deadlines;

THEREFORE, the Parties, by and through their respective undersigned counsel, HEREBY STIPULATE AND AGREE, as follows:

Defendant Apple Inc.'s time to file a response to Plaintiffs' Administrative Motion is continued from November 27, 2026 to December 3, 2026.

Dated: November 23, 2026

KELLER ROHRBACK L.L.P.

By: */s/ Chris N. Ryder*

William K. Dreher, *Pro Hac Vice*
Benjamin Gould (SBN 250630)
Derek W. Loeser, *Pro Hac Vice*
Chris N. Ryder, *Pro Hac Vice*
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
(206) 623-1900
Fax (206) 623-3384
bgould@kellerrohrback.com
wdreher@kellerrohrback.com
dloeser@kellerrohrback.com
cryder@kellerrohrback.com

SUSMAN GODFREY L.L.P.
Rohit D. Nath (SBN 316062)
Justin A. Nelson, *Pro Hac Vice*
Alejandra C. Salinas, *Pro Hac Vice*
Jordan Connors, *Pro Hac Vice*
Eleanor Runde, *Pro Hac Vice*
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 789-3100
rnath@susmangodfrey.com
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com
jconnors@susmangodfrey.com
erunde@susmangodfrey.com

BUTTERICK LAW PC
Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, California 90027
mb@buttericklaw.com

*Attorneys for Plaintiffs*

Dated: November 23, 2026

Respectfully submitted,

LATHAM & WATKINS LLP

By: */s/ Nicole C. Valco*

Andrew M. Gass (Bar No. 259694)
andrew.gass@lw.com
Joseph R. Wetzel (Bar No. 238008)
joe.wetzel@lw.com
Melanie M. Blunschi (Bar No. 234264)
melanie.blunschi@lw.com
Nicole C. Valco (Bar No. 258506)
nicole.valco@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

Elana Nightingale Dawson (*Pro hac vice*)
elana.nightingaledawson@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

*Attorneys for Defendant Apple Inc.*

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT APPLE INC.'S TIME TO RESPOND TO ADMINISTRATIVE MOTION (DKT. 136)**. Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Nicole C. Valco, attest that each of the other Signatories have concurred in the filing of the document.

Dated: November 23, 2026

/s/ *Nicole C. Valco*
Nicole C. Valco (Bar No. 258506)

**[PROPOSED] ORDER**

Having read and considered the Parties' Joint Stipulation to Extend Defendant Apple Inc.'s Time to Respond to Administrative Motion (Dkt. 136**)**, the following deadline is adopted:

1. Apple shall file its response to Plaintiffs' Administrative Motion (Dkt. 136) by December 3, 2026.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __________

______________________________
Honorable Ajay S. Krishnan
United States Magistrate Judge